# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03142-KLM

**MIDLAB, INC., a Tennessee Corporation,**

Plaintiff,

v.

**ZAP! Products, Inc., a Colorado Corporation; Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,**

Defendants.

---

## ENTRY OF APPEARANCE OF AARON D. GOLDHAMER FOR PLAINTIFF
---

Aaron D. Goldhamer, of Keating Wagner Polidori Free, P.C., hereby enters his appearance as counsel on behalf of Plaintiff.

Dated: October 21, 2020

                                          Respectfully submitted,

                                        /s/ *Aaron D. Goldhamer*
                                        Aaron D. Goldhamer
                                        Keating Wagner Polidori Free, P.C.
                                        1290 Broadway, Suite 600
                                        Denver, Colorado 80203
                                        303.534.0401
                                        agoldhamer@keatingwagner.com