03825923          10/21/2020 12:12 PM
RF: $18.00    DF: $0.00      Page: 1 of 2
Electronically recorded in Boulder County Colorado. Recorded as received.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03142

**MIDLAB, INC., a Tennessee Corporation,**

Plaintiff,

v.

**Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,**

Defendants.

---

### NOTICE OF LIS PENDENS

---

NOTICE is hereby given that a civil action has been commenced and is pending in the court named above in which the Plaintiff has asserted a claim against the above-named Defendants which claim affects the title to the following real property in the County of Boulder State of Colorado:

Lot 5, Block 1,
Lake of the Pines
County of Boulder
State of Colorado

Street Address: 3018 S. Lakeridge Trail, Boulder, Colorado 80302

     For further particulars, you are referred to the complaint on file in the above action. This notice is filed and recorded in accordance with C.R.S. § 38-35-110.

Dated: October 21, 2020

Respectfully submitted,

/s/ *Ross W. Pulkrabek*
Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, Colorado 80203
303.534.0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

2