# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of CO

Case Number: 1:20-CV-03242-KLM

Plaintiff:
**MIDLAB, INC a Tennessee Corporation**

vs.

Defendant:
**MERRIE PISANO WYCOFF individually and as trustee of THE WYCOFF FAMILY TRUST: et al.,**

For:
KEATING WAGNER POLIDORI FREE, P.C.
1290 Broadway
Suite 600
Denver, CO  80203

Received by CLT PROFESSIONAL SERVICES, LLC. to be served on **MERRIE PISANO WYCOFF, 3018 LAKERIDGE TRAIL, BOULDER, CO 80302**.

I, Christopher Lacey, being duly sworn, depose and say that on the **10th day of November, 2020** at **10:54 am, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF LIS PENDENS (#03825922) and(#03825923, CIVIL COVER SHEET** with the date and hour of service endorsed by me, was served on: **MERRIE PISANO WYCOFF** at AT HER USUAL; PLACE OF ABODE **3018 LAKERIDGE TRAIL, BOULDER, CO 80302, in the county of BOULDER**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct, Executed on the _11th_ day of _November_ 2020    State of Colorado County of _Boulder_

Christopher Lacey
Process Server

CLT PROFESSIONAL SERVICES, LLC.
P.O. BOX 17361
BOULDER, CO 80308
(303) 666-6514

Our Job Serial Number: CLT-2020001425

Service Fee: $35.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n