# AMENDED AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of CO

Case Number: 1:20-CV-03242-KLM

Plaintiff:
**MIDLAB, INC a Tennessee Corporation**

vs.

Defendant:
**MERRIE PISANO WYCOFF individually and as trustee of THE WYCOFF FAMILY TRUST: et al.,**

For:
KEATING WAGNER POLIDORI FREE, P.C.
1290 Broadway
Suite 600
Denver, CO  80203

Received by CLT PROFESSIONAL SERVICES, LLC. to be served on **MAGNUS VERITAS, LLC, 1900 W. LITTLETON BLVD., LITTLETON BLVD., CO 80120**.

I, Christopher Lacey, being duly sworn, depose and say that on the **5th day of November, 2020** at **11:58 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF LIS PENDENS (#03825922) and (#03825923), CIVIL COVER SHEET** with the date and hour of service endorsed by me, was served on: **COLE STENDER, CLERK, for CORPORATION SERVICE COMPANY** as **Registered Agent** at the address of: **1900 W. LITTLETON BLVD., LITTLETON, CO 80120, in the county of ARAPAHOE** on behalf of **MAGNUS VERITAS, LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action

Christopher Lacey
Process Server

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct,
Executed on the _11th_ day
of _November_ 2020    State of Colorado
County of _Boulder_

**CLT PROFESSIONAL SERVICES, LLC.**
**P.O. BOX 17361**
**BOULDER, CO 80308**
**(303) 666-6514**

Our Job Serial Number: CLT-2020001410

Service Fee: $30.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n