# AMENDED AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of CO

Case Number: 1:20-CV-03242-KLM

Plaintiff:
**MIDLAB, INC a Tennessee Corporation**

vs.

Defendant:
**MERRIE PISANO WYCOFF individually and as trustee of THE WYCOFF FAMILY TRUST: et al.,**

For:
KEATING WAGNER POLIDORI FREE, P.C.
1290 Broadway
Suite 600
Denver, CO  80203

Received by CLT PROFESSIONAL SERVICES, LLC. to be served on **WYCOFF FINANCIAL, LLC, 405 MASON COURT, SUITE 119, FORT COLLINS, CO 80524**.

I, Christopher Lacey, being duly sworn, depose and say that on the **6th day of November, 2020** at **10:28 am**, I:

served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, NOTICE OF LIS PENDENS (# 03825922) and(#03825923, CIVIL COVER SHEET** with the date and hour of service endorsed by me, was served on: **CR MILES** as **REGISTERED AGENT**, for **WYCOFF FINANCIAL, LLC** at <405 MASON COURT, SUITE 119, FORT COLLINS, CO 80524 in the county of **LARIMER**,

**Additional Information pertaining to this Service:**
11/6/2020  10:28 am   CR MILS IDENTIFIED HIMSELF  WOULD NOT ACCEPT THE DOCUMENTS, I STATED THE DOCUMENTS AND BY SERVING CR MILS AS REGISTERED AGENT WERE LEFT AT THE OFFICE ON THE RECEPTIONIST'S COUNTER.

I certify that I am over the age of 18 and have no interest in the above action

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct,
Executed on the ___ day of _November_ 2020   State of Colorado
County of _Boulder_

Christopher Lacey
Process Server

CLT PROFESSIONAL SERVICES, LLC.
P.O. BOX 17361
BOULDER, CO 80308
(303) 666-6514

Our Job Serial Number: CLT-2020001405

Service Fee: $65.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n