IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-03142

**MIDLAB, INC., a Tennessee Corporation,**

Plaintiff,

v.

**Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,**

Defendants.

---

**MIDLAB, INC. CORPORATE DISCLOSURE STATEMENT**

---

Plaintiff Midlab, Inc., by its attorneys, discloses pursuant to Fed.R.Civ.P. 7.1(a) that Midlab, Inc. is a wholly-owned subsidiary of Kelsan, Inc., which is a Tennessee Corporation.

Dated: December 7, 2020

                                                        Respectfully submitted,

                                                        s/ *Ross W. Pulkrabek*
                                                        Ross W. Pulkrabek
                                                        Aaron D. Goldhamer
                                                        Keating Wagner Polidori Free, PC
                                                        1290 Broadway, Suite 600
                                                        Denver, Colorado 80203
                                                        303.534.0401
                                                        rpulkrabek@keatingwagner.com
                                                        agoldhamer@keatingwagner.com
                                                        ATTORNEYS FOR PLAINTIFF

1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 7, 2020, I electronically filed the foregoing **MIDLAB, INC., CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Steven E. Abelman, #13980
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO  80202-4432
Phone: 303.223.1100
Fax: 303.223.1111
sabelman@bhfs.com

Attorney for Defendants

                                        *s/ Amanda Sauermann*
                                        Amanda Sauermann