IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03142-KLM

MIDLAB, INC., a Tennessee corporation,

    Plaintiff,

v.

MERRIE PISANO WYCOFF, individually, and as trustee of The Wycoff Family Trust,
WYCOFF FINANCIAL, LLC, a Colorado limited liability company,
MAGNUS VERITAS, LLC, a Colorado limited liability company, and
GCS452, LLC, a Colorado limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Consent/Non-Consent Form** [#21], in which the parties inform the Court that at least one party in this civil action does not consent to have a United States Magistrate Judge conduct all proceedings. Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated: January 20, 2021