IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: January 27, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-03142-DDD-KLM

*Parties*:                                                    *Counsel*:

MIDLAB INC.,                                           Ross Pulkrabek

    Plaintiff,

v.

MERRIE PISANO WYCOFF, ET AL.,        Steven Abelman

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:32 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**   A stipulated proposed 502(d) order shall be filed **no later than February 10, 2021.**

**ORDERED:**   A joint Status Report regarding settlement efforts shall be filed **no later than fourteen days after the close of discovery.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **April 15, 2021.**

Discovery Cut-off: **August 27, 2021.**

Dispositive Motions Deadline: **November 1, 2021.**

Parties shall designate affirmative experts **on or before June 28, 2021.**

Parties shall designate rebuttal experts **on or before July 28, 2021.**

Each party shall be limited to **two (2)** expert witnesses, absent further leave of Court.

Each side shall be limited to **ten (10)** depositions, absent further leave of Court.

Each party shall be limited to **twenty-five (25)** interrogatories, **fifty (50)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE, TRIAL PREPARATION AND TRIAL** will be set before the Honorable Daniel D. Domenico at a future date.

- Scheduling Order is signed and entered with interlineations on January 27, 2021.

HEARING CONCLUDED.
**Court in recess:   9:43 a.m.**
Total Time:   00:11

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.