IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03142-KLM

PLAINTIFF,

**MIDLAB, INC., a Tennessee Corporation,**

     Plaintiff,

v.

DEFENDANT

**Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,**

     Defendant.

---

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| *s/ Ross W. Pulkrabek* | *s/ Steven E. Abelman* |
| Ross W. Pulkrabek | Steven E. Abelman, |
| Aaron D. Goldhamer | Brownstein Hyatt Farber Schreck, LLP |
| Keating Wagner Polidori Free, PC | 410 Seventeenth Street |
| 1290 Broadway, Suite 600 | Suite 2200 |
| Denver, Colorado 80203 | Denver, CO 80202-4432 |
| 303.534.0401 | Phone: 303.223.1100 |
| rpulkrabek@keatingwagner.com | Fax: 303.223.1111 |
| agoldhamer@keatingwagner.com | SAbelman@BHFS.com |

**SO ORDERED**

Dated:_____

Hon. Kristen L. Mix
United States Magistrate Judge