# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1:20-cv-03142-KLM

Midlab, Inc., a Tennessee Corporation,

Plaintiff,

v.

Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,

Defendants.

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Defendants, by and through their counsel, Brownstein Hyatt Farber Schreck, LLP, hereby submit this Unopposed Motion for Entry of Stipulated Protective Order and state as follows.

The Parties are in the midst of discovery, which requires the exchange of documents that may contain Confidential Information.  The Parties have agreed to the proposed Stipulated Protective Order that is being submitted with this Motion.

Defendants therefore respectfully request the Court enter the proposed Protective Order.

Dated this 27th day of April, 2021.

/s *Steven E. Abelman*_____
Steven E. Abelman
Brownstein Hyatt Farber Schreck
410 Seventeenth Street
Suite 2200
Denver, CO 80202
303.223.1100
sabelman@bhfs.com

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of April, 2021, a true and correct copy of the foregoing **Defendants' Unopposed Motion for Entry of Proposed Protective Order** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, Colorado 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

s/ *Catherine Olguin*
Catherine Olguin, Paralegal