IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03142-DDD-KLM

MIDLAB, INC., a Tennessee corporation,

    Plaintiff,

v.

MERRIE PISANO WYCOFF, individually, and as trustee of The Wycoff Family Trust,
WYCOFF FINANCIAL, LLC, a Colorado limited liability company,
MAGNUS VERITAS, LLC, a Colorado limited liability company, and
GCS452, LLC, a Colorado limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Extend Deadline for Joinder of Parties and Amendment of Pleadings** [#31] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The deadline for joinder of parties and amendment of pleadings is extended to **May 17, 2021**.

    Dated:  April 27, 2021