IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03142-DDD-KLM

MIDLAB, INC., a Tennessee corporation,

    Plaintiff,

v.

MERRIE PISANO WYCOFF, individually, and as trustee of The Wycoff Family Trust,
WYCOFF FINANCIAL, LLC, a Colorado limited liability company,
MAGNUS VERITAS, LLC, a Colorado limited liability company, and
GCS452, LLC, a Colorado limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion for Entry of Stipulated Protective Order** [#33] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**. The Protective Order [#33-1] supplied by the parties is **accepted** for filing, with interlineations, and entered as an Order of the Court as of the date of this Minute Order.

    Dated: May 20, 2021