# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   1: 20-cv-03142-DDD-KLM.

Midlab, Inc., a Tennessee Corporation,

Plaintiff,

v.

Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,

Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## ANSWER OR OTHER RESPONSE TO AMENDED COMPLAINT

Defendants, by and through their counsel, Brownstein Hyatt Farber Schreck, LLP, hereby submit this Unopposed Motion for Extension of Time to File Answer or Other Response to Amended Complaint ("Motion"), and in support state as follows.

Certification of Conferral:  Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with Plaintiff's counsel regarding the relief sought in this motion.  Plaintiff does not oppose the relief requested herein.

1. Plaintiff filed a Motion for Leave to Amend Complaint on May 17, 2021.

2. The Court granted Plaintiff's Motion for Leave to Amend Complaint on July 20, 2021.

3. The Amended Complaint was filed July 21, 2021.

4. Defendants' Answer or Other Response to the Amended Complaint is therefore due August 4, 2021.

5. The parties are conducting depositions this week and next in this case and need

additional time to file their answer or other response to the Amended Complaint.

6. Defendants therefore request an extension of time, up to and including August 16, 2021, within which to file their answer or other response to the Amended Complaint.

WHEREFORE, Defendants respectfully request the Court grant them additional time, up to and including August 16, 2021, to file their answer or other response to Plaintiff's Amended Complaint.

Dated this 3rd day of August, 2021.

/s *Steven E. Abelman*_____
Steven E. Abelman
Brownstein Hyatt Farber Schreck
410 Seventeenth Street
Suite 2200
Denver, CO 80202
303.223.1100
sabelman@bhfs.com

Counsel for Defendants

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of August, 2021, a true and correct copy of the foregoing **Unopposed Motion for Extension of Time to File Answer to Amended Complaint** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, Colorado 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

s/ *Steven E. Abelman*
Steven E. Abelman