**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:20-cv-03142- DDD-KLM

Midlab, Inc., a Tennessee Corporation,

Plaintiff,

v.

Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,

Defendants.

---

**PROTECTIVE ORDER**

---

THIS MATTER comes before the Court on Movant Devon Wycoff's Motion for Protective Order ("Motion") to prohibit Plaintiff Midlab, Inc. from conducting the sworn deposition of non-party Devon Wycoff in this case.

The Court, having reviewed the Motion and any responses and replies thereto, and having heard argument of counsel at the hearing conducted on _____, 2021, finds good cause to issue this Protective Order.

Plaintiff Midlab, Inc. is not permitted to conduct the sworn deposition of Devon Wycoff in this matter.

SO ORDERED this ___ day of _____, 2021.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT

22992177.1