**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03142-DDD-KLM

Midlab, Inc., a Tennessee Corporation,

       Plaintiff,

v.

Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, s Colorado Limited Liability Company,

       Defendants.

## MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT A TO MOTION FOR PROTECTIVE ORDER

Movant, Devon Wycoff ("Devon Wycoff"), by and through her undersigned counsel, Brownstein Hyatt Farber Schreck, LLP, hereby submits her Motion to Restrict Public Access to Exhibit A to Motion for Protective Order ("Motion") pursuant to D.C. Colo. L Civ. R. 7.2(c), and in support, states as follows.

1. Devon Wycoff filed her Motion for Protective Order, with an attached Exhibit A, which has been marked "Confidential".

2. Exhibit A is a letter from Dr. Alex Gometz, DPT, CIC, who is the Director of Concussion Management of New York.

3. In the letter, Dr. Gometz summarizes Devon Wycoff's medical condition and his opinion that health concerns militate against proceeding with her deposition. His letter contains highly personal medical information that is protected by HIPAA, disclosure of which would violate Devon Wycoff's right to privacy concerning medical issues.

4. Because the entirety of Exhibit A concerns Devon Wycoff's medical diagnoses and

treatment, it is not possible to restrict only portions of Exhibit A.

5.    For the above stated reasons, Devon Wycoff requests Level 1 restriction to this document, permitting only the Court and the parties in this matter to have access to Exhibit A to the Motion for Protective Order.

WHEREFORE, Movant Devon Wycoff respectfully requests the Court restrict access to Exhibit A to the Motion for Protective Order to the Court and the parties in this case only.

Dated: August 10, 2021                         BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Steven E. Abelman*
Steven E. Abelman
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 90202
Tel.: 303-223-1100
Fax: 303-223-1111
sabelman@bhfs.com

Attorneys for Movant
DEVON WYCOFF

**Certificate of Service**

  I hereby affirm that on August 10, 2021, the foregoing was filed through EM/ECF, which will provide electronic service on the following:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, Colorado 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

Counsel for Plaintiff

                /s/ Steven E. Abelman
                Steven E. Abelman