IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: August 10, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-03142-DDD-KLM

*Parties*:  *Counsel*:

MIDLAB INC.,   Ross Pulkrabek
              Aaron Goldhamer
   Plaintiff,

v.

MERRIE PISANO WYCOFF, ET AL.,   Steven Abelman

   Defendants.

## COURTROOM MINUTES

**DISCOVERY CONFERENCE**
**Court in session:   2:04 p.m.**

Court calls case. Appearances of counsel.

Discovery Hearing is called regarding Plaintiff's oral Motion to Compel Discovery Responses (the "Motion").

For the reasons stated on the record, it is:

**ORDERED:**  Plaintiff's Motion to Compel Discovery Responses is GRANTED IN PART and DENIED IN PART.  It is granted as to RFP #29. Defendant shall produce trust documents from the Azuraye Wycoff Trust on or before August 17, 2021.  It is denied without prejudice as to the remaining requests, and counsel are ordered to confer further regarding those requests.

HEARING CONCLUDED.
**Court in recess:	2:48 p.m.**
Total Time:	00:44


To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.