IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03142-DDD-KLM

MIDLAB, INC., a Tennessee corporation,

    Plaintiff,

v.

MERRIE PISANO WYCOFF, individually, and as trustee of The Wycoff Family Trust,
WYCOFF FINANCIAL, LLC, a Colorado limited liability company,
MAGNUS VERITAS, LLC, a Colorado limited liability company, and
GCS452, LLC, a Colorado limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Restrict Public Access to Exhibit A to Motion for Protective Order** [#46] (the "Motion"). In accordance with D.C.COLO.LCivR 7.2, the Motion was publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and the parties have shown that a less restrictive alternative is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 1**:[1] Exhibit A [#45].

    Dated: August 24, 2021

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court. *See* D.C.COLO.LCivR 7.2.