# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03142-DDD-KLM

MIDLAB, INC., A TENNESSEE CORPORATION

    Plaintiffs,

v.

MERRIE PISANO WYCOFF INDIVIDUALLY AND AS A TRUSTEE OF THE WYCOFF FAMILY TRUST; WYCOFF FINANCIAL, LLC, A COLORADO LIMITED LIABILITY COMPANY; MAGNUS VERITAS, LLC, A COLORADO LIMITED LIABILITY COMPANY; AND GCS 452, LLC, A COLORADO LIMITED LIABILITY COMPANY,

    Defendants.

---

## JOINT STATUS REPORT

---

    The parties, through their respective undersigned counsel, provide this status report on settlement discussions pursuant to Section 6.h of the Scheduling Order [Doc. #27].

    1.    The parties have <u>not</u> reached settlement as of the date of this report.

    2.    The parties have reserved November 9, 2021, for a formal, one-day mediation to be conducted by retired Judge Ann B. Frick of Judicial Arbiter Group.

    3.    Additionally, the parties have engaged and continue to engage in verbal discussions about the possibility of settlement.

Respectfully submitted this 10th day of September 2021.

        s/ Ross W. Pulkrabek
Ross W. Pulkrabek
Aaron Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
303-534-0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

Counsel for Plaintiff

        s/ Steven E. Abelman
Steven E. Abelman
Brownstein Hyatt Farber Schreck
410 Seventeenth Street
Suite 2200
Denver, CO 80202
303-223-1100
sabelman@bhfs.com

Counsel for Defendants

## Certificate of Service

      I hereby affirm that on September 10, 2021, the foregoing was filed through EM/ECF, effectuating electronic service on the following:

Steven Abelman
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, Colorado 80202
sabelman@bhfs.com
*Counsel for Defendants*

                                              /s/ *Carly Daehnick*
                                                 Carly Daehnick