IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03142-DDD-KLM

MIDLAB, INC., a Tennessee corporation,

    Plaintiff,

v.

MERRIE PISANO WYCOFF, individually, and as trustee of The Wycoff Family Trust,
WYCOFF FINANCIAL, LLC, a Colorado limited liability company,
MAGNUS VERITAS, LLC, a Colorado limited liability company, and
GCS452, LLC, a Colorado limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a disputed discovery issue.

    IT IS HEREBY **ORDERED** that a Discovery Hearing is scheduled for **October 29, 2021**, at **9:30 a.m. Attorneys who will be representing a party and who reside in Colorado shall appear in person** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that **any materials provided to the Court within two business days of a discovery hearing shall not be accepted or reviewed, unless the Court specifically orders otherwise.**

    IT IS FURTHER **ORDERED** that **the Court does not accept new issues for a pending discovery hearing with less than three business days' notice.**

    Dated:  October 22, 2021