Loans from Devon Wycoff to Merrie & Jeff Wycoff

9/13/17   10,000
9/27/17   4,500
9/27/17   5,500
12/1/17   2,400
11/17   2,710.62
1/16/18   863.02
1/29/18   863.00
2/7/18   3,000
2/13/18   5,500
2/26/18   4,300
3/26/18   2,000

5,000 Jan inheritance

41,525.02  x 5% = 20,076.25 + = 43,601.27 paid 4/18

Corrected total: 46,636.64 x5%= 2,331.83 = $48,969.47

CONFIDENTIAL

# VECTRABANK COLORADO

P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: September 29, 2017
Last Statement: June 30, 2017

Account 4107600589

0003757
2073-0G-1000-VBC-PG0010-00000

DEVON ARIA WYCOFF
MERRIE P WYCOFF
JEFFREY WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600589 | $19,461.58 | |

## YOUTH SAVINGS 4107600589                                                     820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 39,460.64 | 0.94 | 20,000.00 | 19,461.58 |

### 3 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 07/31 | 0.34 | INTEREST PAYMENT 0003946064 |
| 08/31 | 0.34 | INTEREST PAYMENT 0003946098 |
| 09/29 | 0.26 | INTEREST PAYMENT 0003212798 |

### 3 WITHDRAWALS/CHARGES

| Date | Amount | Description |
|---|---|---|
| 09/13 | 10,000.00 | TELLER XFER TO DDA WYCOFF MERRI ID: 000002723 2306701185 |
| 09/27 | 4,500.00 | TELLER XFER TO DDA ZAP PRODUCTS ID: 000002295 2306400759 |
| 09/27 | 5,500.00 | TELLER XFER TO DDA WYCOFF MERRI ID: 000002296 2306400765 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/31 | 39,460.98 | 09/13 | 29,461.32 | 09/29 | 19,461.58 |
| 08/31 | 39,461.32 | 09/27 | 19,461.32 | | |

### INTEREST

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.93 | Number Of Days This Interest Period | 92 |
| Interest Paid Year-To-Date 2017 | $3.00 | Annual Percentage Yield Earned | 0.01% |

Current interest rate is 0.010% with no rate change this interest period

division of ZB, N.A. Member FDIC

0003757-0000001-0007883

CONFIDENTIAL                                                                                                                    WYCOFF 002207

# VECTRABANK COLORADO

P.O. Box 5160 ▪ Denver, Colorado ▪ 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: November 30, 2017
Last Statement: October 31, 2017

Account 4107600571

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

0002900
2935-06-0000-VBC-PG0010-00000

AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600571 | $20,000.19 | |

## YOUTH SAVINGS 4107600571

820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 28,000.30 | 2,710.81 | 10,710.92 | 20,000.19 |

### 3 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 11/14 | 0.01 | GUSTO EBV 155370 *semjmor*eu REF # 0173180026316281106715478 |
| 11/17 | 2,710.62 | GUSTO PAY 162809 *semjmp*t* REF # 0173210049393261106117411 |
| 11/30 | 0.18 | INTEREST PAYMENT 0002150679 |

### 5 WITHDRAWALS/CHARGES

| Date | Amount | Description |
|---|---|---|
| 11/01 | 2,400.00 | TELLER XFER TO DDA ZAP PRODUCTS ID: 000001951 2306602309 |
| 11/02 | 2,000.00 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000002089 2306401841 |
| 11/13 | 0.30 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000003919 2307301455 |
| 11/13 | 3,600.00 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000004570 2307301453 |
| 11/17 | 2,710.62 | TELLER XFER TO DDA WYCOFF MERRI ID: 000005625 2306501701 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 25,600.30 | 11/13 | 20,000.00 | 11/17 | 20,000.01 |
| 11/02 | 23,600.30 | 11/14 | 20,000.01 | 11/30 | 20,000.19 |

### INTEREST

| | | |
|---|---|---|
| Interest Earned This Interest Period | $0.18 | |
| Interest Paid Year-To-Date 2017 | $3.20 | |
| Number Of Days This Interest Period | | 30 |
| Annual Percentage Yield Earned | | 0.01% |

Current interest rate is 0.010% with no rate change this interest period

division of ZB, N.A. Member FDIC 

0002900-0000001-0007136

CONFIDENTIAL                                                                                                                                       WYCOFF 002208

# VECTRABANK COLORADO

P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: January 31, 2018
Last Statement: December 31, 2017

Account 4107600589

0002791
2632-06-0000-VBC-PG0010-00000

DEVON ARIA WYCOFF
MERRIE P WYCOFF
JEFFREY WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600589 | $13,625.05 | |

### YOUTH SAVINGS 4107600589

820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 16,350.94 | 0.13 | 2,726.02 | 13,625.05 |

**1 DEPOSIT/CREDIT**

| Date | Amount | Description |
|---|---|---|
| 01/31 | 0.13 | INTEREST PAYMENT 0001562844 |

**3 WITHDRAWALS/CHARGES**

| Date | Amount | Description |
|---|---|---|
| 01/16 | 863.02 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000004857 2306706029 |
| 01/26 | 1,000.00 | MOBILE XFER TO DDA WYCOFF DEVON ID: 000007609 2306501017 |
| 01/29 | 863.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000009654 2306901511 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/16 | 15,487.92 | 01/29 | 13,624.92 | 01/31 | 13,625.05 |
| 01/26 | 14,487.92 | | | | |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.13 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2018 | $0.13 | Annual Percentage Yield Earned | 0.01% |

Current interest rate is 0.010% with no rate change this interest period

Please retain this statement. Interest paid on your account in 2017 was 3.47.

division of ZB, N.A. Member FDIC 

0002791-0000001-0007097

CONFIDENTIAL　　　　　WYCOFF 002209

# VECTRABANK COLORADO
P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: February 28, 2018
Last Statement: January 31, 2018

Account 4107600589

0002934    2600-06-0000-VBC-PG0010-00000

DEVON ARIA WYCOFF
MERRIE P WYCOFF
JEFFREY WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600589 | $3,930.86 | |

### YOUTH SAVINGS 4107600589                                          820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 13,625.05 | 4,340.31 | 14,034.50 | 3,930.86 |

**2 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 02/22 | 4,340.25 | DEPOSIT 7171019773 |
| 02/28 | 0.06 | INTEREST PAYMENT 0000772034 |

**4 WITHDRAWALS/CHARGES**

| Date | Amount | Description |
|---|---|---|
| 02/07 | 3,000.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000001546 2305801261 |
| 02/13 | 5,500.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000009937 2306200581 |
| 02/20 | 1,234.50 | MOBILE XFER TO DDA WYCOFF DEVON ID: 000003001 2306605635 |
| 02/26 | 4,300.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000002221 2306503627 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/07 | 10,625.05 | 02/20 | 3,890.55 | 02/26 | 3,930.80 |
| 02/13 | 5,125.05 | 02/22 | 8,230.80 | 02/28 | 3,930.86 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.06 | Number Of Days This Interest Period | 28 |
| Interest Paid Year-To-Date 2018 | $0.19 | Annual Percentage Yield Earned | 0.01% |

Current interest rate is 0.010% with no rate change this interest period



division of ZB, N.A. Member FDIC

0002934-0000001-0007082

CONFIDENTIAL                                                           WYCOFF 002210

**VECTRABANK COLORADO**
P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: March 30, 2018
Last Statement: February 28, 2018

Account 4107600589

0003636
2690-06-1200-VBC-PG0010-00000

DEVON ARIA WYCOFF
MERRIE P WYCOFF
JEFFREY WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600589 | $3,930.90 | |

### YOUTH SAVINGS 4107600589
820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 3,930.86 | 2,000.04 | 2,000.00 | 3,930.90 |

**2 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 03/20 | 2,000.00 | MOBILE XFER FROM DDA WYCOFF DEVON ID: 000003426 2306302058 |
| 03/30 | 0.04 | INTEREST PAYMENT 0000431795 |

**1 WITHDRAWAL/CHARGE**

| Date | Amount | Description |
|---|---|---|
| 03/26 | 2,000.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000006952 2306502925 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/20 | 5,930.86 | 03/26 | 3,930.86 | 03/30 | 3,930.90 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.04 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2018 | $0.23 | Annual Percentage Yield Earned | 0.01% |

division of ZB, N.A. Member FDIC 

0003636-0000001-0007986

CONFIDENTIAL                                                                                                                WYCOFF 002211

# VECTRABANK COLORADO
P.O. Box 5160 ▪ Denver, Colorado ▪ 80217-5160

0003636
2690-06-1200-VBC-PG0010-00000

DEVON ARIA WYCOFF
MERRIE P WYCOFF
JEFFREY WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO  80302-9375

**Statement of Accounts**
Page 1 of 2
This Statement: March 30, 2018
Last Statement: February 28, 2018

Account 4107600589

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600589 | $3,930.90 | |

## YOUTH SAVINGS 4107600589
820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 3,930.86 | 2,000.04 | 2,000.00 | 3,930.90 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 03/20 | 2,000.00 | MOBILE XFER FROM DDA WYCOFF DEVON ID: 000003426 2306302058 |
| 03/30 | 0.04 | INTEREST PAYMENT 0000431795 |

### 1 WITHDRAWAL/CHARGE

| Date | Amount | Description |
|---|---|---|
| 03/26 | 2,000.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000006952 2306502925 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/20 | 5,930.86 | 03/26 | 3,930.86 | 03/30 | 3,930.90 |

### INTEREST

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.04 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2018 | $0.23 | Annual Percentage Yield Earned | 0.01% |

division of ZB, N.A. Member FDIC 

0003636-0000001-0007986

CONFIDENTIAL                                                                                                                    WYCOFF 002212

# VECTRABANK COLORADO

P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: April 30, 2018
Last Statement: March 31, 2018

Account 4107600589

0002738
2721-06-1200-VBC-PG0010-00000

DEVON ARIA WYCOFF
MERRIE P WYCOFF
JEFFREY WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600589 | $47,532.33 | |

## YOUTH SAVINGS 4107600589

820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 3,930.90 | 43,601.43 | 0.00 | 47,532.33 |

**2 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 04/20 | 43,601.27 | ONLINE XFER FROM DDA WYCOFF MERRI ID: 000004914 2306401718 |
| 04/30 | 0.16 | INTEREST PAYMENT 0001991803 |

**0 WITHDRAWALS/CHARGES**
There were no transactions this period.

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/20 | 47,532.17 | 04/30 | 47,532.33 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.16 | Number Of Days This Interest Period | 30 |
| Interest Paid Year-To-Date 2018 | $0.39 | Annual Percentage Yield Earned | 0.01% |

division of ZB, N.A. Member FDIC

0002738-0000001-0006985

CONFIDENTIAL WYCOFF 002213

Loans from Azuraye Wycoff to Merrie & Jeff Wycoff

10/13/17   15,000
11/1/17   2,400
11/17/17   2,710.62
12/6/17   944.95
1/2/18   512.00
2/13/18   5,500
2/2/18   4041.83
3/12/18   9000.00
3/2/18   691.83
4/2/18   607.89
5,000 Jan inheritance
_____
45,896.67 X5% = 2,294.83 = 48,191.50 paid 4/18

Corrected total 46,409.12 x5% =2320.45 = 48,729.57

CONFIDENTIAL                                                                                                        WYCOFF 002214

**VECTRABANK COLORADO**
P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 4
This Statement: October 31, 2017
Last Statement: September 30, 2017

Account 4107600571

0002760
AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

2905-06-1000-VBC-PG0010-00000

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

**IMPORTANT INFORMATION ABOUT YOUR ACCOUNT**

We have amended and completely rewritten our Deposit Account Agreement. We will soon mail you a copy, but you can also access it in the Agreement Center at www.vectrabank.com. The new Agreement will become effective 30 days after our upcoming mailing. (If you have our eNotice service, we will send electronic notice rather than mail.) If you have any questions, please call customer service at (800) 232-8948.

**SUMMARY OF ACCOUNT BALANCE**

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600571 | $28,000.30 | |

**YOUTH SAVINGS 4107600571**                                                                 820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 43,018.40 | 2,000.30 | 17,018.40 | 28,000.30 |

**2 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 10/02 | 2,000.00 | MOBILE XFER FROM DDA WYCOFF AZURA ID: 000002863 2305800612 |
| 10/31 | 0.30 | INTEREST PAYMENT 0003561349 |

**3 WITHDRAWALS/CHARGES**

| Date | Amount | Description |
|---|---|---|
| 10/02 | 18.40 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000007001 2305800615 |
| 10/13 | 15,000.00 | TELLER XFER TO DDA WYCOFF MERRI ID: 000000630 2306501161 |
| 10/30 | 2,000.00 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000007764 2306402483 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/02 | 45,000.00 | 10/30 | 28,000.00 | 10/31 | 28,000.30 |
| 10/13 | 30,000.00 | | | | |

division of ZB, N.A. Member FDIC

0002760-0000001-0008534

CONFIDENTIAL                                                                                                                                                        WYCOFF 002215

**VECTRABANK COLORADO**
P.O. Box 5160 • Denver, Colorado • 80217-5160

0002900
AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

2935-06-0000-VBC-PG0010-00000

**Statement of Accounts**
Page 1 of 2
This Statement: November 30, 2017
Last Statement: October 31, 2017

Account 4107600571

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600571 | $20,000.19 | |

### YOUTH SAVINGS 4107600571
820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 28,000.30 | 2,710.81 | 10,710.92 | 20,000.19 |

**3 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 11/14 | 0.01 | GUSTO EBV 155370 *semjmor*eu REF # 017318002631628 1106715478 |
| 11/17 | 2,710.62 | GUSTO PAY 162809 *semjmp*t* REF # 017321004939326 1106117411 |
| 11/30 | 0.18 | INTEREST PAYMENT 0002150679 |

**5 WITHDRAWALS/CHARGES**

| Date | Amount | Description |
|---|---|---|
| 11/01 | 2,400.00 | TELLER XFER TO DDA ZAP PRODUCTS ID: 000001951 2306602309 |
| 11/02 | 2,000.00 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000002089 2306401841 |
| 11/13 | 0.30 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000003919 2307301455 |
| 11/13 | 3,600.00 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000004570 2307301453 |
| 11/17 | 2,710.62 | TELLER XFER TO DDA WYCOFF MERRI ID: 000005625 2306501701 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 25,600.30 | 11/13 | 20,000.00 | 11/17 | 20,000.01 |
| 11/02 | 23,600.30 | 11/14 | 20,000.01 | 11/30 | 20,000.19 |

**INTEREST**

| | | |
|---|---|---|
| Interest Earned This Interest Period | $0.18 | |
| Interest Paid Year-To-Date 2017 | $3.20 | |
| Number Of Days This Interest Period | | 30 |
| Annual Percentage Yield Earned | | 0.01% |

Current interest rate is 0.010% with no rate change this interest period



division of ZB, N.A. Member FDIC

0002900-0000001-0007136

CONFIDENTIAL                                                                                                                                                                                                                                           WYCOFF 002216

**VECTRABANK COLORADO**
P.O. Box 5160 • Denver, Colorado • 80217-5160

0003829    2964-06-1000-VBC-PG0010-00000

AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

**Statement of Accounts**
Page 1 of 2
This Statement: December 29, 2017
Last Statement: November 30, 2017

Account 4107600571

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

### SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600571 | $20,945.31 | |

### YOUTH SAVINGS 4107600571

820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 20,000.19 | 1,890.07 | 944.95 | 20,945.31 |

**3 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 12/06 | 944.95 | GUSTO PAY 193128 *semjmpkr** REF # 017340007237907 1105914564 |
| 12/29 | 944.95 | GUSTO PAY 238858 *semjmqg*sl REF # 017363001393112 1105923728 |
| 12/29 | 0.17 | INTEREST PAYMENT 0002009163 |

**1 WITHDRAWAL/CHARGE**

| Date | Amount | Description |
|---|---|---|
| 12/06 | 944.95 | TELLER XFER TO DDA WYCOFF MERRI ID: 000005818 2306201783 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance |
|---|---|---|---|
| 12/06 | 20,000.19 | 12/29 | 20,945.31 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.17 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2017 | $3.37 | Annual Percentage Yield Earned | 0.01% |

Current interest rate is 0.010% with no rate change this interest period



division of ZB, N.A. Member FDIC

0003829-0000001-0008683

CONFIDENTIAL    WYCOFF 002217

# VECTRABANK COLORADO

P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 4
This Statement: January 31, 2018
Last Statement: December 29, 2017

Account 4093026450

0021559                          2632-06-0000-VBC-PG0030-00000

AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Pearl Branch
1700 Pearl St
Boulder, CO 80302-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Flex Checking | 4093026450 | $2,847.63 | |

### FLEX CHECKING 4093026450

604  0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 4,293.18 | 9,225.00 | 9,214.37 | 1,456.18 | 2,847.63 |

**12 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/02 | 512.00 | TELLER XFER FROM DDA WYCOFF MERRI ID: 000006587  2306705242 |
| 01/02 | 945.00 | TELLER XFER FROM SAV A/M WYCOFF ID: 000006586  2306705226 |
| 01/04 | 105.00 | VENMO CASHOUT *******17 REF # 018003004740753  1106606607 |
| 01/08 | 200.00 | CONSUMER MOBILE DEPOSIT CREDIT 7171006370 |
| 01/16 | 220.00 | MOBILE XFER FROM SAV A/M WYCOFF ID: 000009547  2306701568 |
| 01/16 | 3,000.00 | MOBILE XFER FROM SAV A/M WYCOFF ID: 000008893  2306704332 |
| 01/16 | 3,044.33 | MOBILE XFER FROM SAV A/M WYCOFF ID: 000002566  2306704340 |
| 01/16 | 5.53 | Bankcard DISPUTEADJ 1 REF # 018016002126201  1106500167 |
| 01/17 | 368.86 | Bankcard DISPUTEADJ 1 REF # 018016002126197  1106500166 |
| 01/22 | 300.00 | PAYPAL TRANSFER *YPJ*AD*EYMZ*REF # 018016002228123  1106309148 |
| 01/22 | 319.29 | MOBILE XFER FROM SAV A/M WYCOFF ID: 000003934  2306300730 |
| 01/31 | 204.99 | PAYPAL TRANSFER *YPJ*ADGV*LVNREF # 018031000458321  1105813246 |

**22 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 01/02 | 128.25 | 2469216BQ2Y17KA0M TMOBILE*AUTO PAY 800-937-8997 WA  1206527649 |
| 01/08 | .25 | CONSUMER MOBILE DEPOSIT FEE |
| 01/08 | 8.79 | PAYPAL INST XFER REF # 018008007212683  1106720535 |
| 01/08 | 80.00 | CAPITAL ONE MOBILE PMT REF # 018008007060319  1106714155 |
| 01/08 | 121.12 | CITI CARD ONLINE PAYMENT REF # 018008006827932  1106711689 |
| 01/08 | 308.42 | CHASE CREDIT CRD EPAY REF # 018008007001901  1106713605 |
| 01/12 | 3,583.31 | MOBILE XFER TO SAV A/M WYCOFF ID: 000004316  2306403327 |
| 01/16 | 368.86 | 7426329QY21JT4PAG CATHAYPACAIR1602364192815 HONG KONG HK  1206929421 |
| 01/16 | 5.53 | 7426329QY21JT4PAG FOREIGN TRANS. FEE HONG KONG HK  1206929422 |
| 01/16 | 62.25 | GEICO PREM COLL *AAPJDVLD**OEREF # 018016001480034  1106525368 |
| 01/16 | 202.65 | CAPITAL ONE MOBILE PMT REF # 018016001264227  1106525950 |
| 01/16 | 274.54 | VW CREDIT, INC. AUTO DEBIT REF # 018012000698124  1106507366 |
| 01/17 | 74.48 | CAPITAL ONE MOBILE PMT REF # 018016002166003  1106312503 |
| 01/17 | 204.62 | CITI CARD ONLINE PAYMENT REF # 018016002212262  1106312752 |
| 01/22 | 3,000.00 | MOBILE XFER TO SAV A/M WYCOFF ID: 000009846  2306300727 |
| 01/22 | 25.88 | CITI CARD ONLINE PAYMENT REF # 018022004877423  1106013546 |
| 01/22 | 43.49 | CAPITAL ONE MOBILE PMT REF # 018022004864276  1106013368 |

division of ZB, N.A. Member FDIC

0021559-0000001-0052708

CONFIDENTIAL                                                                        WYCOFF 002218

**VECTRABANK COLORADO**
P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: February 28, 2018
Last Statement: January 31, 2018

Account 4107600571

0002933
2660-06-0000-VBC-PC0010-00000

AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO  80302-9375

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600571 | $9,500.27 | |

### YOUTH SAVINGS 4107600571

820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 20,000.17 | 1,041.48 | 11,541.38 | 9,500.27 |

**2 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 02/01 | 1,041.38 | GUSTO PAY 329592 *semjmrr*jc REF # 018032001372074 1106022982 |
| 02/28 | 0.10 | INTEREST PAYMENT 0001335879 |

**3 WITHDRAWALS/CHARGES**

| Date | Amount | Description |
|---|---|---|
| 02/02 | 4,041.38 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000007230 2307102235 |
| 02/13 | 5,500.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000000658 2306200583 |
| 02/20 | 2,000.00 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000009322 2306603187 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 21,041.55 | 02/13 | 11,500.17 | 02/28 | 9,500.27 |
| 02/02 | 17,000.17 | 02/20 | 9,500.17 | | |

**INTEREST**

Interest Earned This Interest Period        $0.10
Interest Paid Year-To-Date 2018             $0.27
Number Of Days This Interest Period         28
Annual Percentage Yield Earned              0.01%

Current interest rate is 0.010% with no rate change this interest period


division of ZB, N.A. Member FDIC

0002933-0000001-0007081

CONFIDENTIAL                                                                                                                                                 WYCOFF 002219

# VECTRABANK
## COLORADO
P.O. Box 5160 · Denver, Colorado · 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: March 30, 2018
Last Statement: February 28, 2018

Account 4107600571

0003635
AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

2690-06-1200-VBG-PG0010-00000

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600571 | $500.30 | |

### YOUTH SAVINGS 4107600571
820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 9,500.27 | 691.86 | 9,691.83 | 500.30 |

**2 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 03/01 | 691.83 | GUSTO PAY 401711 *semjmsve*d REF # 018060009087902 1105924684 |
| 03/30 | 0.03 | INTEREST PAYMENT 0000371613 |

**2 WITHDRAWALS/CHARGES**

| Date | Amount | Description |
|---|---|---|
| 03/02 | 691.83 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000005862 2306901263 |
| 03/12 | 9,000.00 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000009594 2306504441 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/01 | 10,192.10 | 03/12 | 500.27 | 03/30 | 500.30 |
| 03/02 | 9,500.27 | | | | |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.03 | Number Of Days This Interest Period | 31 |
| Interest Paid Year-To-Date 2018 | $0.30 | Annual Percentage Yield Earned | 0.01% |

division of ZB, N.A. Member FDIC 

0003635-0000001-0007985

CONFIDENTIAL WYCOFF 002220

# VECTRABANK COLORADO

P.O. Box 5160 • Denver, Colorado • 80217-5160

**Statement of Accounts**
Page 1 of 2
This Statement: April 30, 2018
Last Statement: March 31, 2018

Account 4107600571

0002737
AZURAYE J WYCOFF
MERRIE P WYCOFF
3018 S LAKERIDGE TRL
BOULDER CO 80302-9375

2721-06-1200-VBC-PG0010-00000

**DIRECT INQUIRIES TO:**
24-hour Account Information:
Reddi Response or Customer Service
(800) 232-8948

Boulder Broadway Branch
2696 Broadway
Boulder, CO 80304-0000

Vectra Bank - Thinking Ahead For Your Financial Needs

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Account Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Youth Savings | 4107600571 | $46,691.94 | |

### YOUTH SAVINGS 4107600571
820

| Previous Balance | Deposits/Credits | Withdrawals/Charges | Ending Balance |
|---|---|---|---|
| 500.30 | 48,799.53 | 2,607.89 | 46,691.94 |

**3 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 04/02 | 607.89 | GUSTO PAY 504475 *semjmu*j** REF # 018092007922339 1106525815 |
| 04/20 | 48,191.50 | ONLINE XFER FROM DDA WYCOFF MERRI ID: 000005178 2306401706 |
| 04/30 | 0.14 | INTEREST PAYMENT 0001743718 |

**2 WITHDRAWALS/CHARGES**

| Date | Amount | Description |
|---|---|---|
| 04/02 | 607.89 | ONLINE XFER TO DDA WYCOFF MERRI ID: 000000248 2306804963 |
| 04/20 | 2,000.00 | MOBILE XFER TO DDA WYCOFF AZURA ID: 000007397 2306401839 |

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/02 | 500.30 | 04/20 | 46,691.80 | 04/30 | 46,691.94 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.14 | Number Of Days This Interest Period | 30 |
| Interest Paid Year-To-Date 2018 | $0.44 | Annual Percentage Yield Earned | 0.01% |

division of ZB, N.A. Member FDIC

0002737-0000001-0006984

CONFIDENTIAL                                                                                                                    WYCOFF 002221