IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03242-KLM

_____

VIDEOTAPE DEPOSITION OF:
AZURAYE WYCOFF - June 23, 2021
(via RemoteDepo)

_____

MIDLAB, INC., a Tennessee Corporation,

Plaintiff,

v.

ZAP! PRODUCTS, INC., a Colorado Corporation;
MERRIE PISANO WYCOFF, individually and as trustee of
The Wycoff Family Trust; WYCOFF FINANCIAL, LLC, a
Colorado Limited Liability Company; MAGNUS VERITAS
LLC, a Colorado Limited Liability Company; and
GCS452, LLC, a Colorado Limited Liability Company,

Defendants.

_____

PURSUANT TO NOTICE, the videotape
deposition of AZURAYE WYCOFF was taken on behalf of the
Plaintiff in Denver County, Colorado, by remote means,
on June 23, 2021, at 9:03 a.m. MDT, before Gail
Obermeyer, Registered Professional Reporter and Notary
Public within Colorado, appearing remotely from Douglas
County, Colorado.

Azuraye Wycoff
June 23, 2021

```
 1            Q.    It was just the Bloomfield loan that you
 2    were concerned about or that you knew about?
 3            A.    That I knew about that came to my
 4    attention.
 5            Q.    Did you know about any other debts
 6    involving your family that were in existence?
 7            A.    No, I did not.
 8            Q.    Did you know about any debts involving
 9    your family and other family members?
10            A.    No, I did not.
11            Q.    Were there any debts owed to you?
12            A.    I loaned my family money, but that was
13    ultimately repaid.
14            Q.    When did you loan your family money?
15            A.    Oh, that was when I was working for Magna
16    Lucrum.
17            Q.    So you had no income from Magna Lucrum,
18    but you loaned your family money?
19            A.    Yes, from my savings.
20            Q.    And who did you make the loan to?
21            A.    I don't remember that.
22            Q.    What -- do you know if it was to a
23    business or a person?
24            A.    I don't know.
25            Q.    Was there any documentation for this loan?
```

Azuraye Wycoff
June 23, 2021

1          A.   Very likely.

2          Q.   Do you remember signing a loan agreement

3   or getting your family to sign a loan agreement?

4          A.   I don't think it was that formal, but I'm

5   not positive.

6          Q.   Do you remember what the terms of the loan

7   were?

8          A.   No.  I just knew that my family needed the

9   money, and I had it.

10          Q.   Do you know if there was interest charged

11   on the loan?

12          A.   I do not.

13          Q.   Do you remember how the loan was made?

14   Did you write a check?  Did you send cash?  What did

15   you do?

16          A.   I don't remember at this time.

17          Q.   Do you remember how much the loan was for?

18          A.   No, I don't remember at this time.

19          Q.   Do you remember how it was repaid?

20          A.   I don't remember.

21          Q.   Do you remember why your family would turn

22   to you -- well, let me back up.  Do you remember why

23   your family needed money?

24          A.   No.  I didn't ask.  I mean, I trust my

25   family.  I knew that eventually it would come back.

Azuraye Wycoff
June 23, 2021

```
 1              A.   Yeah, with my father's help.

 2              Q.   Do you know what your first bank account

 3   was?  Did you have a youth savings account?

 4              A.   Yes, I did.

 5              Q.   Where was that?  In Vectra?

 6              A.   In Vectra.

 7              Q.   And do you remember when that was set up?

 8              A.   I don't know.  I was really young,

 9   obviously, a youth.

10              Q.   And was that kind of a joint account with

11   you and one or more of your parents?

12              A.   I don't remember.  I think it was just a

13   really simple savings account, and I put baby-sitting

14   money in.

15              Q.   And then when you were no longer a youth,

16   what happened with that account?

17              A.   I think we still have that account.  And I

18   opened a checking account at Vectra.

19              Q.   So you still have a joint account with

20   your mother at Vectra?

21              A.   I think it's more of a joint account with

22   me and my sister.

23              Q.   So you think your sister and you have a

24   joint account.  Do you have a joint account with your

25   mother?
```

Azuraye Wycoff
June 23, 2021

1        A.   I'm not certain, actually.  I think

2  because she opened that account originally, she can

3  access it.  But she doesn't really do anything with

4  that, unless I've asked her to help me with something.

5        Q.   What sort of funds go into that joint

6  account?

7        A.   We had a withdrawal from the trust in

8  order to fund some of the operations.  What did we do

9  with that?  I know there was one time that we

10  transferred it, and it landed in there.  Mostly, that's

11  been used to fund my own businesses; that I've moved to

12  other accounts in order to help get Small Haul up and

13  running.  I'm pretty much the only person who accesses

14  that account.

15        Q.   When do you think the last time you have

16  accessed that account was?

17        A.   I don't know.  I check it fairly

18  frequently.  I've got an app on my phone.

19        Q.   Do you know what Gusto is?

20        A.   Yes.  It was a payroll service for ZAP!

21  Products.

22        Q.   So who would get paid through the Gusto

23  Payroll Service for ZAP! Products?

24        A.   The employees in ZAP!.

25        Q.   Did you get paid through the Gusto Payroll

Azuraye Wycoff
June 23, 2021

```
 1  Service --
 2          A.   Yes.
 3          Q.   -- when you were working for ZAP!?
 4          A.   Yes, I did.
 5          Q.   Do you know if your mom was paid anything
 6  through the Gusto?
 7          A.   I'm not sure about that.
 8          Q.   Did you get your Gusto payments from ZAP!
 9  into the joint youth savings account?
10          A.   I'm not positive.  I think they may have
11  gone into the checking account.
12          Q.   Do you know if your dad got paid anything
13  through Gusto?
14          A.   I don't know.
15          Q.   Did you have any joint accounts with your
16  dad?
17          A.   No.
18          Q.   So can you tell me what the purpose of
19  maintaining a joint account with your mother is?
20          A.   I mean, we're a tight-knit family.  If
21  someone needed something, it was a lot easier to help
22  with that way.
23          Q.   And so you'd be willing to help your
24  family out through the joint account, right?
25          A.   If there was an explicit request.  My mom
```

Azuraye Wycoff
June 23, 2021

1   does not go in there and just withdraw funds.

2           Q.   In what other ways have you helped your

3   family financially?

4           A.   Really, it was just that loan.  That was

5   about the only time they've ever asked me for money.

6           Q.   You don't think it helped your family to

7   buy the farm?

8           A.   Yes, of course.

9           Q.   Do you think it helped your family to buy

10  the residence?

11          A.   The intention of buying the farm and the

12  residence was so that the money from the insurance,

13  instead of paying that directly to Bloomfield, we got

14  something for that allotment of money.  Otherwise, it

15  would have just been money that me and my sister had

16  been given, going straight towards paying off a debt

17  that was my father's responsibility.  So in order to

18  make that a fair exchange, we wanted to purchase the

19  farm and the house so that we could have that as part

20  of our legacy.

21          Q.   Does Mom pay rent at the residence?

22          A.   Yes, she did, initially.  When we first

23  purchased the property, she was paying 2500 a month.

24  And once my sister moved back, I worked out more of a

25  work exchange with her that she would do the upkeep and

Azuraye Wycoff
June 23, 2021

```
 1  the maintenance, manage the daily tasks, do the grocery

 2  shopping, and take care of Devon.  That was mostly when

 3  the pandemic hit and everything started shutting down,

 4  and she didn't have a way to make any kind of income.

 5          Q.   So now your mother does not pay any rent

 6  to the residence; is that right?

 7          A.   No; because I'm living there and my

 8  sister, are both living there.

 9          Q.   And your mother hasn't paid rent to the

10  residence since March of 2020; is that right?

11          A.   Yes, give or take.

12          Q.   So going back to the loan that you said

13  you made to your family -- and you weren't sure if it

14  was to your mom, or dad, or their businesses -- but can

15  you describe whether it was a one-time loan, or was it

16  a -- did you make ongoing payments?

17          A.   Honestly, I don't remember.  It was a long

18  time ago.  I was pretty wrapped up in my work, and they

19  needed help.  And of course I would say yes to that.

20  But no, I didn't really, like, ask for real deep

21  specifics.  And all of it was paid back.

22          Q.   Talking, you know, in connection with the

23  farm, I mean, a $2.5 million purchase is pretty

24  substantial, wouldn't you say?

25          A.   Yes.
```

Azuraye Wycoff
June 23, 2021

1                    REPORTER'S CERTIFICATE

2    STATE OF COLORADO          )
                                )  ss.
3    CITY AND COUNTY OF DENVER )

4              I, GAIL OBERMEYER, Registered Professional
     Reporter and Notary Public ID 19994012647, State of
5    Colorado, do hereby certify that previous to the
     commencement of the examination, the said AZURAYE
6    WYCOFF verbally declared her testimony in this matter
     is under penalty of perjury; that the said deposition
7    was taken in machine shorthand by me at the time and
     place aforesaid and was thereafter reduced to
8    typewritten form; that the foregoing is a true
     transcript of the questions asked, testimony given, and
9    proceedings had.

10             I further certify that I am not employed
     by, related to, nor of counsel for any of the parties
11   herein, nor otherwise interested in the outcome of this
     litigation.

12

13             IN WITNESS WHEREOF, I have affixed my
     signature this 1st day of July, 2021.

14             My commission expires May 20, 2023.

15
                       _Gail Obermeyer_
16             _____
               Gail Obermeyer, RPR
               Registered Professional Reporter
17             Notary Public, State of Colorado

18

19

20   __X__  Reading and Signing was requested.

21   _____  Reading and Signing was waived.

22   _____  Reading and Signing is not required.

23

24

25