# JEFFREY AND MERRIE WYCOFF
## STATEMENT OF FINANCIAL CONDITION
### OCTOBER 31, 2015

ASSETS -

| | |
|---|---:|
| CASH/CASH EQUIVALENTS | $ 904,000 |
| MARKETABLE SECURITIES | 2,000 |
| VESTED INTEREST IN DEFERRED PLANS | 11,000 |
| VEHICLES | 74,000 |
| PERSONALTY | 200,000 |
| RESIDENCE | 1,900,000 |
| REAL ESTATE - FARM | 4,750,000 |
| REAL ESTATE - ALASKA BARE LAND | 75,000 |
| INVESTMENTS - | |
|     SIRIUS PRODUCTS | 1,500,000 |
|     ZAP! PRODUCTS | 5,000,000 |
|     SIMPLICITY | 2,000,000 |
|     PARADIGM | 2,000,000 |
| | $ 18,416,000 |

LIABILITIES -

| | |
|---|---:|
| REVOLVING CREDIT | $ 49,000 |
| VEHICLES | 55,000 |
| MORTGAGE PAYABLE - RESIDENCE | 1,000,000 |
| MORTGAGE PAYABLE - FARM | 3,650,000 |
| | $ 4,754,000 |

ESTIMATED INCOME TAXES, on the differences between the estimated current values of assets and the estimated amounts of current liabilities and their tax bases     $ 2,080,000

NET WORTH     $ 11,582,000

SEE ACCOUNTANT'S REPORT.