```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03242-KLM
_____

              VIDEOTAPE DEPOSITION OF:
          AZURAYE WYCOFF - June 23, 2021
                  (via RemoteDepo)
_____

MIDLAB, INC., a Tennessee Corporation,

Plaintiff,

v.

ZAP! PRODUCTS, INC., a Colorado Corporation;
MERRIE PISANO WYCOFF, individually and as trustee of
The Wycoff Family Trust; WYCOFF FINANCIAL, LLC, a
Colorado Limited Liability Company; MAGNUS VERITAS
LLC, a Colorado Limited Liability Company; and
GCS452, LLC, a Colorado Limited Liability Company,

Defendants.
_____

          PURSUANT TO NOTICE, the videotape
deposition of AZURAYE WYCOFF was taken on behalf of the
Plaintiff in Denver County, Colorado, by remote means,
on June 23, 2021, at 9:03 a.m. MDT, before Gail
Obermeyer, Registered Professional Reporter and Notary
Public within Colorado, appearing remotely from Douglas
County, Colorado.
```

Azuraye Wycoff
June 23, 2021

```
 1   I think we can take a break.
 2              THE DEPONENT:  Yeah.
 3         Q.   (BY MR. GOLDHAMER)  Between August 2018
 4   and August 2019, do you have a recollection of how much
 5   time you spent in the truck doing manual labor and
 6   moving, sort of approximately how many hours a week?
 7         A.   Probably somewhere between 20 and 30.
 8         Q.   And then how much time did you spend with
 9   the administrative W-2 types of work?
10         A.   W-2 work was probably -- probably around
11   30 hours, I'd say, on average, a week.
12         Q.   And besides the jobs that we've talked
13   about, between your college graduation and now, do you
14   have any other W-2 or 1099 jobs or income between then
15   and the present?
16         A.   Yes.  I worked for ZAP! Products.
17         Q.   When did you work for ZAP! Products?
18         A.   Over the last few years, I've helped with
19   tech setup, system design, and general upkeep that my
20   family needed assistance with.
21         Q.   How many hours a week do you think you
22   worked?
23         A.   It fluctuated, depending on their needs
24   and whenever I was able to come home and actually do
25   the on-ground.  I'd say anywhere between maybe 2 to
```

Azuraye Wycoff
June 23, 2021

```
 1   20 hours, just depending on what they needed help with
 2   and when I was available.
 3        Q.   Would you only do that work when you came
 4   home to Boulder?
 5        A.   It depended.  A lot of it could be done
 6   over the phone and guiding them.  But when I came home,
 7   it was more of the hands-on stuff.
 8        Q.   Do you remember what year that started?
 9        A.   No, I don't.
10        Q.   But you think it was over the past few
11   years, you said?
12        A.   Yeah; I think, like, officially we made
13   it.  But I think I've always helped my family with that
14   kind of stuff.
15        Q.   So do you think you've been doing that
16   since 2017?
17        A.   Oh, I don't recall an exact date.
18        Q.   How much -- were you an employee or a 1099
19   contractor?
20        A.   I was a W-2.
21        Q.   What was your salary?
22        A.   $500 a month.  It was pretty nominal.
23        Q.   And that would just occur every month,
24   regardless of how much you worked?
25        A.   Yes.
```

```
 1         A.   I'm not certain, actually.  I think
 2   because she opened that account originally, she can
 3   access it.  But she doesn't really do anything with
 4   that, unless I've asked her to help me with something.
 5         Q.   What sort of funds go into that joint
 6   account?
 7         A.   We had a withdrawal from the trust in
 8   order to fund some of the operations.  What did we do
 9   with that?  I know there was one time that we
10   transferred it, and it landed in there.  Mostly, that's
11   been used to fund my own businesses; that I've moved to
12   other accounts in order to help get Small Haul up and
13   running.  I'm pretty much the only person who accesses
14   that account.
15         Q.   When do you think the last time you have
16   accessed that account was?
17         A.   I don't know.  I check it fairly
18   frequently.  I've got an app on my phone.
19         Q.   Do you know what Gusto is?
20         A.   Yes.  It was a payroll service for ZAP!
21   Products.
22         Q.   So who would get paid through the Gusto
23   Payroll Service for ZAP! Products?
24         A.   The employees in ZAP!.
25         Q.   Did you get paid through the Gusto Payroll
```

```
 1   Service --
 2        A.   Yes.
 3        Q.   -- when you were working for ZAP!?
 4        A.   Yes, I did.
 5        Q.   Do you know if your mom was paid anything
 6   through the Gusto?
 7        A.   I'm not sure about that.
 8        Q.   Did you get your Gusto payments from ZAP!
 9   into the joint youth savings account?
10        A.   I'm not positive.  I think they may have
11   gone into the checking account.
12        Q.   Do you know if your dad got paid anything
13   through Gusto?
14        A.   I don't know.
15        Q.   Did you have any joint accounts with your
16   dad?
17        A.   No.
18        Q.   So can you tell me what the purpose of
19   maintaining a joint account with your mother is?
20        A.   I mean, we're a tight-knit family.  If
21   someone needed something, it was a lot easier to help
22   with that way.
23        Q.   And so you'd be willing to help your
24   family out through the joint account, right?
25        A.   If there was an explicit request.  My mom
```

|   |   |
|---|---|
| 1 | REPORTER'S CERTIFICATE |
| 2 | STATE OF COLORADO         ) |
|   |                          ) ss. |
| 3 | CITY AND COUNTY OF DENVER ) |

        I, GAIL OBERMEYER, Registered Professional Reporter and Notary Public ID 19994012647, State of Colorado, do hereby certify that previous to the commencement of the examination, the said AZURAYE WYCOFF verbally declared her testimony in this matter is under penalty of perjury; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

        I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

        IN WITNESS WHEREOF, I have affixed my signature this 1st day of July, 2021.

        My commission expires May 20, 2023.

_____
Gail Obermeyer, RPR
Registered Professional Reporter
Notary Public, State of Colorado

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

Azuraye Wycoff Volume II
August 25, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03142-DDD-KLM
_____

VIDEOTAPE DEPOSITION OF:   AZURAYE WYCOFF - Volume II
                           August 25, 2021
                            (Via RemoteDepo)
_____

MIDLAB, INC., a Tennessee Corporation,

Plaintiff,

v.

MERRIE PISANO WYCOFF individually and as trustee of The Wycoff Family Trust; WYCOFF FINANCIAL, LLC, a Colorado Limited Liability Company; MAGNUS VERITAS LLC, a Colorado Limited Liability Company; and GCS452, a Colorado Limited Liability Company,

Defendants.
_____

         PURSUANT TO NOTICE, the videotape deposition of AZURAYE WYCOFF was continued on behalf of the Plaintiff in Longmont, Colorado, via remote means, on August 25, 2021, at 12:58 p.m., before Tiffany D. Goulding, Registered Professional Reporter and Notary Public within Colorado, appearing remotely from Arapahoe County, Colorado.

U.S. Legal Support | www.uslegalsupport.com

```
 1   Zap! Products was a party to?
 2          A.   No.
 3          Q.   Have you been involved in any discussions
 4   about paying any of Zap! Products creditors?
 5          A.   This is the ultimate discussion of that,
 6   but otherwise no.
 7          Q.   By "this" you mean this lawsuit?
 8          A.   Yeah.
 9          Q.   So what's your understanding of paying
10   Zap! Products creditors in connection with this
11   lawsuit?
12          A.   What's my understanding of paying?
13          Q.   Yes.
14          A.   I don't know.  It sounds like there is a
15   belief that the money that was given to me and my
16   sister is owed to creditors that my dad made
17   agreements with, which I don't think is accurate.
18          Q.   Have you ever signed any agreements or
19   resolutions on behalf of Zap! Products?
20          A.   It's not my company.  I don't think I'd
21   be authorized to do that.
22          Q.   So that's a no, you can't recall ever
23   doing that?
24          A.   Not that I can recall.
25          Q.   When is the last time that your sister
```

```
 1    Devon, to your knowledge, has worked for a salary?
 2         A.    You mean, like, a W-2 employee of a
 3    company?
 4         Q.    Yeah.
 5         A.    I don't know.  I don't really know her
 6    work history that deeply.
 7         Q.    Does Devon work for Zap!?
 8         A.    I believe she was employed for some time
 9    helping out with design filing.  She lived here for a
10    good chunk of time.  I'm not totally sure of the
11    circumstances.
12         Q.    Do you know when your sister Devon worked
13    for Zap!?
14         A.    I do not.
15         Q.    Did you have the impression that your
16    sister Devon understood the structure of the
17    transactions for the house and farm sale?
18         A.    Yeah.  You'll see record of that in the
19    text messages.  She was paying attention.  She was
20    involved before her really bad head injury, but, I
21    mean, yeah, she was overwhelmed with it but
22    understood -- I mean, she understood that we were
23    selling these assets to ourselves so that we could pay
24    off a loan for my dad.
25         Q.    You said "text messages."  Do you mean
```

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF COLORADO            )
                                   ) ss.
 3    COUNTY OF ARAPAHOE           )

 4              I, TIFFANY D. GOULDING, Registered
      Professional Reporter and Notary Public ID No.
 5    19984028637, State of Colorado, do hereby certify that
      previous to the commencement of the examination, the
 6    said AZURAYE WYCOFF verbally declared that her
      testimony is under the penalty of perjury in relation
 7    to the matters in controversy between the parties
      hereto; that the said deposition was taken in machine
 8    shorthand by me at the time and place aforesaid and
      was thereafter reduced to typewritten form; that the
 9    foregoing is a true transcript of the questions asked,
      testimony given, and proceedings had.
10
                I further certify that I am not employed
11    by, related to, nor of counsel for any of the parties
      herein, nor otherwise interested in the outcome of
12    this litigation.

13              IN WITNESS WHEREOF, I have affixed my
      signature this _____ day of _____,
14    2021.

15              My commission expires November 4, 2022.

16    x____ Reading and Signing was requested.

17    _____ Reading and Signing was waived.

18    _____ Reading and Signing is not required.

19

20
                           _____
21                         Tiffany Goulding
                           Registered Professional Reporter
22

23

24

25
```