Report generated by


Zap! Products Inc
9417 N Foothills Hwy
Longmont, CO 80503

# Payroll Journal Report

Date Range: 01/01/2019 - 12/31/2019  Report Created On: 06/11/2021

## Payroll Journal Summary by Employee

Per Employee Summary for pay days that fall between 01/01/2019 and 12/31/2019

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $585.98 | $44.83 | $58.71 | $541.15 |
| Wycoff, Azuraye | $11,016.00 | $687.83 | $697.98 | $6,278.44 |
| Wycoff, Devon | $5,016.00 | $727.64 | $502.57 | $4,288.36 |
| Totals | $16,617.98 | $1,460.30 | $1,259.26 | $11,107.95 |

## Employee Earnings

Payroll period: 12/01/2018 - 12/31/2018 Pay day: 01/03/2019

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $300.50 | $22.99 | $32.21 | $277.51 |
| Wycoff, Azuraye | $1,224.00 | $82.20 | $82.97 | $691.83 |
| Payroll Totals | $1,524.50 | $105.19 | $115.18 | $969.34 |

Payroll period: 01/01/2019 - 01/31/2019 Pay day: 02/01/2019

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $1,224.00 | $80.96 | $82.98 | $693.07 |
| Payroll Totals | $1,224.00 | $80.96 | $82.98 | $693.07 |

Payroll period: 03/01/2018 - 03/31/2018 Pay day: 02/27/2019

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $1,224.00 | $74.95 | $82.97 | $699.08 |
| Payroll Totals | $1,224.00 | $74.95 | $82.97 | $699.08 |

**Tax Reconciliation Payroll Pay day: 03/31/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
| --- | --- | --- | --- | --- |
| Hiduke, Valerie | $0.00 | $0.00 | -$2.10 | $0.00 |
| Wycoff, Azuraye | $0.00 | $0.00 | -$16.26 | $0.00 |
| Payroll Totals | $0.00 | $0.00 | -$18.36 | $0.00 |

**Payroll period: 03/01/2019 - 03/31/2019 Pay day: 04/02/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
| --- | --- | --- | --- | --- |
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $180.30 | $13.79 | $18.06 | $166.51 |
| Wycoff, Azuraye | $1,224.00 | $74.95 | $77.55 | $699.08 |
| Payroll Totals | $1,404.30 | $88.74 | $95.61 | $865.59 |

**Payroll period: 04/01/2019 - 04/30/2019 Pay day: 05/01/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
| --- | --- | --- | --- | --- |
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $105.18 | $8.05 | $10.54 | $97.13 |
| Wycoff, Azuraye | $1,224.00 | $74.96 | $77.56 | $699.07 |
| Payroll Totals | $1,329.18 | $83.01 | $88.10 | $796.20 |

**Payroll period: 05/01/2019 - 05/31/2019 Pay day: 05/31/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
| --- | --- | --- | --- | --- |
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $1,224.00 | $74.95 | $77.55 | $699.08 |
| Payroll Totals | $1,224.00 | $74.95 | $77.55 | $699.08 |

**Payroll period: 06/01/2019 - 06/30/2019 Pay day: 07/02/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
| --- | --- | --- | --- | --- |
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $1,224.00 | $74.95 | $77.55 | $699.08 |
| Payroll Totals | $1,224.00 | $74.95 | $77.55 | $699.08 |

**Payroll period: 07/01/2019 - 07/31/2019 Pay day: 08/01/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
| --- | --- | --- | --- | --- |
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |

| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $1,224.00 | $74.96 | $77.56 | $699.07 |
| Payroll Totals | $1,224.00 | $74.96 | $77.56 | $699.07 |

**Payroll period: 08/01/2019 - 08/31/2019 Pay day: 08/30/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $1,224.00 | $74.95 | $77.55 | $699.08 |
| Payroll Totals | $1,224.00 | $74.95 | $77.55 | $699.08 |

**Payroll period: 09/01/2019 - 09/30/2019 Pay day: 10/01/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Devon | $1,344.00 | $201.55 | $134.67 | $1,142.45 |
| Payroll Totals | $1,344.00 | $201.55 | $134.67 | $1,142.45 |

**Payroll period: 10/01/2019 - 10/31/2019 Pay day: 11/01/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Devon | $1,224.00 | $175.37 | $122.64 | $1,048.63 |
| Payroll Totals | $1,224.00 | $175.37 | $122.64 | $1,048.63 |

**Payroll period: 11/01/2019 - 11/30/2019 Pay day: 11/29/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Devon | $1,224.00 | $175.35 | $122.62 | $1,048.65 |
| Payroll Totals | $1,224.00 | $175.35 | $122.62 | $1,048.65 |

**Payroll period: 12/01/2019 - 12/31/2019 Pay day: 12/31/2019**

| Employee Name | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| Eisen, Andy | $0.00 | $0.00 | $0.00 | $0.00 |

| Hiduke, Valerie | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Azuraye | $0.00 | $0.00 | $0.00 | $0.00 |
| Wycoff, Devon | $1,224.00 | $175.37 | $122.64 | $1,048.63 |
| Payroll Totals | $1,224.00 | $175.37 | $122.64 | $1,048.63 |