# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03242-KLM

**MIDLAB, INC., a Tennessee Corporation,**

Plaintiff,

v.

**ZAP! Products, Inc., a Colorado Corporation; Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,**

Defendants.

## DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FOURTH SET OF WRITTEN DISCOVERY

Defendants, by and through their counsel, hereby serve their Supplemental Responses to Plaintiff Midlab, Inc.'s Fourth Set of Written Discovery as follows.

**INTERROGATORIES**

12. Identify—with reference to names of banking institutions, account owner, account number, dates, and amounts—the specific source of funds, with a description tracing back those funds at each step to life insurance policies or other funds, for the $1,275,000 and $2,500,000 identified as coming from buyer on the documents originally bates labeled WYCOFF000066 and WYCOFF000067, respectively (Fidelity National Title Company and Land Title Guarantee Company settlement statements).

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, Defendants state the following:

1

Azuraye Wycoff, as beneficiary of insured Jeffrey Wycoff, received a death benefit from Voya Financial/ING of $3,004,448.18 on April 14, 2018.  $2,600,000 was deposited with Bank of New York Mellon Trust.

Devon Wycoff, as beneficiary of insured Jeffrey Wycoff, received a death benefit from John Hancock/Manufacturer's Life of $3,005,319.14 on April 20, 2018.  $2,600,000 was deposited with Bank of New York Mellon Trust.

Devon Wycoff, as beneficiary of insured Jeffrey Wycoff, received a death benefit from Transamerica/Life Investors Insurance of $500,000, which was deposited with Bank of New York Mellon Trust.

Azuraye Wycoff and Devon Wycoff, as beneficiaries of insured Jeffrey Wycoff, received death benefits from Transamerica in the amounts of $250,000 each, which amounts were deposited with Bank of New York Mellon Trust, Azuraye Wycoff Trust and Devon Wycoff Trust, respectively.

Devon Wycoff, as beneficiary of insured Jeffrey Wycoff, received death benefits from Transamerica in the amount of  $200,000, which amount was deposited with Bank of New York Mellon Trust.

Azuraye Wycoff and Devon Wycoff, as beneficiaries of insured Jeffrey Wycoff, received death benefits on May 2, 2018 from Transamerica in the amounts $1,002,627.82 and $500,543.22, respectively, which amounts were deposited with Bank of New York Mellon Trust, Azuraye Wycoff Trust and Devon Wycoff Trust.

**REQUESTS FOR PRODUCTION**

32. Produce all communications between Azuraye Wycoff and Merrie Wycoff related in any way to the Farm from January 1, 2017, to the present.

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, including the objection regarding attorney client privileged communications, which is specifically reserved, Defendants will produce previously redacted documents in unredacted form.  This production is not a waiver of attorney client privilege.

34. Produce all communications between Azuraye Wycoff and Devon Wycoff related in any way to the Residence from January 1, 2017, to the present.

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, Defendants will produce responsive non-privileged documents.

35. Produce all communications between Azuraye Wycoff and Devon Wycoff related in any way to the Farm from January 1, 2017, to the present.

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, Defendants will produce responsive non-privileged documents.

40. Produce all communications between Devon Wycoff and Merrie Wycoff related in any way to the Farm from January 1, 2017, to the present.

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, Defendants will produce responsive non-privileged documents.

41. Produce all communications between Devon Wycoff and Merrie Wycoff related in any way to the Residence from January 1, 2017, to the present.

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, Defendants will produce responsive non-privileged documents.

43. Produce all correspondence between Merrie Wycoff or Jeff Wycoff and Edward Certisimo regarding any trust or insurance policy from 2015 to the present.

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, Defendants will produce additional responsive non-privileged documents.

45. Produce all communications with BNY Wealth Management pertaining to life insurance, life insurance proceeds, the Farm, or the Residence between January 1, 2017, and the present.

**RESPONSE:** In addition to their prior response and objections, which are incorporated herein by reference, and subject to and without waiving these objections, Defendants will produce responsive non-privileged documents.

Dated: October 1, 2021

         _s/ *Steven E. Abelman*_____

         Steven E. Abelman
         Brownstein Hyatt Farber Schreck, LLP
         410 17th Street, Suite 2200
         Denver, CO 80202
         sabelman@bhfs.com
         *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby affirm that on October 1, 2021, I emailed the foregoing to the following:

Aaron D. Goldhamer
Ross W. Pulkrabek
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, Colorado 80203
303.534.0401
Attorneys for Plaintiff

         s/ *Catherine Olguin*_____
         Catherine Olguin, Paralegal

4

## **VERIFICATION**

I, Azuraye Wycoff, affirmatively state, under penalty of perjury, that I have reviewed DEFENDANTS' ANSWERS TO PLAINTIFFS' INTERROGATORY NO. 13, and subject to stated objections, verify that the responses to the Interrogatories are true and correct to the best of my knowledge, information, and belief.

Dated ___ day of October, 2021.

_____

Azuraye Wycoff

## **VERIFICATION**

I, Devon Wycoff, affirmatively state, under penalty of perjury, that I have reviewed DEFENDANTS' ANSWERS TO PLAINTIFFS' INTERROGATORY NO. 13, and subject to stated objections, verify that the responses to the Interrogatories are true and correct to the best of my knowledge, information, and belief.

Dated ___day of October, 2021.

_____

Devon Wycoff