IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 20-cv-03142-DDD-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: October 29 , 2021 | Courtroom Deputy: Chris Thompson |

*Parties:*                                        *Counsel:*

MIDLAB, INC., a Tennessee                Aaron Goldhammer
corporation,                                     Ross Pulkrabek

     Plaintiff,

v.

MERRIE PISANO WYCOFF,                Steven Abelman
individually, and as trustee of The
Wycoff Family Trust,
WYCOFF FINANCIAL, LLC, a Colorado
limited liability company,
MAGNUS VERITAS, LLC, a Colorado
limited liability company, and
GCS452, LLC, a Colorado limited
liability company,

     Defendants.

---

## COURTROOM MINUTES

---

**DISCOVERY HEARING**
**Court in session:   9:31 a.m.**

Court calls case. Appearances of counsel.

Discovery Hearing is called regarding Plaintiff's oral Motion to Compel response to subpoena to Vectra Bank.  Defendants oppose the motion and ask for the subpoena to be quashed.

For the reasons stated on the record, it is:

**ORDERED:  The oral Motion to Compel is GRANTED and Vectra Bank shall**

**provide responsive documents for the time period dated October 31, 2015 to January 31, 2021 to Mr. Abelman, counsel for the Defendants, by Thursday, November 4, 2021.  If the request cannot be completed by the set deadline, the bank shall explain why not.**

HEARING CONCLUDED.
**Court in recess:     11:00 a.m.**
Total Time:          01:29

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.