

2110197
Page: 1 of 1
01/12/2001 01:54P
Boulder County Clerk, CO WDJT
R 5.00  D 227.50

THIS DEED, Made this 11th day of January, 2001, between

**Sarah Martin, Clayton Martin, Lynn Turner, and John Turner**
of the County of **Boulder**, and State of Colorado, of the first part, and
**Jeffrey Wycoff and Merrie Pisano Wycoff**
whose legal address is   3018 S. Lakeridge Trail, Boulder, CO 80302
of the County of **Boulder**, and State of Colorado, of the second part;

72390

WITNESSETH, that the said party of the first part, for and in consideration of the sum of
**Two Million Two Hundred Seventy-five Thousand and NO/100ths**----------------------------------------------DOLLARS
and other good and valuable considerations to the said party of the first part in hand paid by the said parties of the second part, the Receipt whereof is hereby confessed and acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the said parties of second part, their heirs and assigns forever, not in tenancy in common, but in joint tenancy, all the following described lot    or parcel    of land, situate, lying and being in the County of **Boulder**, and State of Colorado, to wit:

**Lot 1, Block 2, MOUNTAIN RIDGE,**
**and Outlot B, Mountain Ridge,**
**County of Boulder, State of Colorado.**

also known as street and number **9417 Foothills Highway, Longmont, CO  80503**

TOGETHER with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said party of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises above bargained and described, with the appurtenances, unto the said parties of the second part, their heirs and assigns forever. And the said party of the first part, for himself, his heirs, executors, and administrators, does covenant, grant, bargain and agree to and with the said parties of the second part, their heirs and assigns, that at the time of the ensealing and delivery of these presents, he is well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and has good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and encumbrances of whatever kind or nature soever, EXCEPT taxes for the year 2001, due and payable in 2002, which the parties of the second part, by acceptance of this Deed, assume and agree to pay; and subject to distribution utility easements (including cable TV), inclusion of the property within any special taxing district, and the benefits and burdens of any declaration and party wall agreements, if any, and subject to the terms and conditions of the instruments recorded in Book 100 at Page 52, in Book 1111 at Page 152, on Film 984 as Reception No. 251100, on Film 1199 as Reception No. 486255, on Film 991 as Reception Nos. 259708 and 259709, on Film 1625 as Reception Nos. 1041471 and 1041472, on Film 1644 as Reception No. 1064334, on Film 1651 as Reception No. 1074635, on Film 2148 as Reception No. 1634780, on Film 2177 as Reception Nos. 1667612 and 1667613, and subject to easements and notes as shown on the recorded plat ; and the above bargained premises in the quiet and peaceable possession of the said parties of the second part, the survivor of them, their assigns and the heirs and assigns of such survivor, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said party of the first part shall and will WARRANT AND FOREVER DEFEND. The singular number shall include the plural, the plural the singular, and the use of any gender shall be applicable to all genders.

IN WITNESS WHEREOF the said party of the first part has hereunto set his hand and seal the day and year first above written.

_____Sarah Martin_____ [SEAL]
Sarah Martin

_____ [SEAL]
Clayton Martin

_____ [SEAL]
Lynn Turner

_____ [SEAL]
John Turner

(Notary seal: CAROL L. HARTMANN, NOTARY PUBLIC, STATE OF COLORADO)
My Comm. Expires 06/26/2003

STATE OF COLORADO  )ss.
County of **Boulder**        )

The foregoing instrument was acknowledged before me this 11th day of January, 2001, by **Sarah Martin, Clayton Martin, Lynn Turner, and John Turner.**
My Commission expires          , 20____ . Witness my hand and official seal.

_____Carol J Hartmann_____
Notary Public

WARRANTY DEED. -- Joint Tenants. -

GE

EXHIBIT C

MIDLAB_000219