# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:20-cv-03142-KLM**

MIDLAB, INC., a Tennessee Corporation,

    Plaintiff,

v.

MERRIE PISANO WYCOFF individually and as trustee of The Wycoff Family Trust; WYCOFF FINANCIAL, LLC, a Colorado limited liability company;
MAGNUS VERITAS LLC, a Colorado limited liability company; and
GCS452, LLC, a Colorado limited liability company,

    Defendants.

---

## DECLARATION OF AZURAYE WYCOFF

---

I, Azuraye Wycoff, hereby declare, under penalty of perjury, as follows:

1. I am over the age of 18 years.  I have personal knowledge of the facts set forth below, and if called upon to do so, I could and would competently testify thereto.

2. I am the daughter of Merrie and the former Jeffrey ("Jeff") Wycoff.

3. I have one younger sister, Devon Wycoff.

4. I was 26 years old at the time of my father's death, which occurred on March 31, 2018.

5. In October 2020, I moved to Boulder, Colorado to help manage my family's affairs and responsibilities.

6. Since this time, I have become the primary decision maker for my family with respect to our finances and assets, with advice and support from my mother, sister, and legal counsel.

7. My mother, sister and I live full-time at the Residence.

8.      I currently manage the Farm, a historically landmarked property, that is transitioning to a regenerative and sustainable agricultural demonstration farm.  My mother and sister, as well as a team of volunteers, assist me with the operation of the project.

9.      My father was the primary decision maker in my family, and was responsible for my family's business, financial, and legal affairs.

10.     To my knowledge, my mother had extremely limited involvement in any of the companies founded by my father before his death.

11.     I was a beneficiary of certain life insurance policies of my father, as was my sister Devon Wycoff, who was 24 years old at the time of his death.

12.     My sister and I each received slightly more than $4 million in life insurance proceeds from my father's term life insurance policies.

13.     Before my father's death, I was not involved in any discussions with my mother or father regarding my father's life insurance policies except for when approval of documents was necessary.

14.     At the time of my father's death, I was living in Boston, Massachusetts.  I lived there until October 2020.

15.     Between my father's death and October 2020, I traveled from Boston, Massachusetts to Boulder, Colorado frequently to visit my mother and sister, and was in near constant contact with them when not in Colorado to help manage my family's affairs and responsibilities.

16.     At the time my father died, there was a contract to purchase 9417 N. Foothills Hwy, Longmont, Colorado (the "Farm").

17.     A few weeks after my father died, the contract to purchase the Farm fell through.

18.     Thereafter, my family consulted with each other and our legal counsel to inquire if we could use a portion of the life insurance proceeds we received to purchase our family home, located at 3018 S. Lakeridge Trail, Boulder, Colorado (the "Residence"), and the Farm in order to pay down outstanding debts and avoid foreclosure on the properties.

19.     My sister and I were the ones to ultimately make the decision to complete the purchases using our insurance proceeds, after extensive discussion with our mother and legal counsel and receiving pressure from BC24, LLC to pay down the debt owed.

20. The purchases of the Residence and Farm were done through two limited liability companies ("LLCs") created for the purposes of purchasing the properties: Magnus Veritas LLC, and GCS452, LLC. Both are owned by trusts controlled by me and Devon.

21. My mother paid rent as a tenant of the Residence in 2018 and 2019. The rent she paid in 2019 covered rent through June 2020.

22. Since then, in lieu of rent payments, my sister and I have waived rent in exchange for my mother's assistance in managing the household maintenance and upkeep. She has also provided care to Devon, who is recovering from multiple concussive injuries to her head, including most recently from a motorcycle accident in 2019 and has needed extensive support in her recovery.

Dated: 11/1/21

By: _____
     Azuraye Wycoff