

**Coldwell Banker Res-CanyonBlvd**
**2700 Canyon Blvd. #200**
Boulder, CO 80302
**Phone:** (303) 449-5000 **Fax:** (303) 449-6969

> The printed portions of this form, except differentiated additions, have been approved by the Colorado Real Estate Commission. (AE42-8-13) (Mandatory 1-14)

**THIS FORM HAS IMPORTANT LEGAL CONSEQUENCES AND THE PARTIES SHOULD CONSULT LEGAL AND TAX OR OTHER COUNSEL BEFORE SIGNING.**

## AGREEMENT TO AMEND/EXTEND
## CONTRACT WITH BROKER

Date: *August 8, 2017*

This Agreement to Amend/Extend amends the following contract which is checked:

☒ **Exclusive Right-to-Sell Listing Contract** (Seller Listing Contract) or;

☐ **Exclusive Right-to-Lease Listing Contract** (Landlord Listing Contract),

dated *06/13/2016*, relating to the sale or lease of the real estate in the County of *Boulder*, Colorado, (Legal Description):
*OUTLOT B MOUNTAIN RIDGE CONSERVATION EASEMENT REC #1041472*

known as   *9417 N Foothills Hwy*          *Boulder*       *CO*       *80302*        (Property).
           Street Address                   City            State     Zip

☐ **Exclusive Right-to-Buy Listing Contract** (Buyer Listing Contract) or;

☐ **Exclusive Tenant Listing Contract** (Tenant Listing Contract),

dated *N/A*, between Brokerage Firm named below and the undersigned Buyer or Seller.

If this Agreement is attached to a Seller Listing Contract, the word "Owner" means "Seller". If this Agreement is used with a lease or rental transaction, the word "Owner" means "Landlord", and the word "Buyer" means "Tenant".

This Agreement will control in the event of any conflict with the contract which it amends.

Owner or Buyer and Brokerage Firm agree that the contract is amended as follows:

**1.** The date ending the Listing Period or Duration of Agency/Duration of Relationship is extended to *02/04/2018*.

**2.** If this Agreement amends the Seller Listing Contract or Landlord Listing Contract, the price or rental rate is changed to $ *3,789,000.00*.

**3.** Additional amendments:
*7.1.1 Sale Commission 4.8%.  If sold by The Bernardi Group Sale Commission shall be 3.8%.*

All other terms and conditions of said contract will remain the same.

☒ Owner ☐ Buyer
Name: *Jeffrey Wycoff*

*[Signature: Jeffrey Wycoff]*   8/9/2017
Signature                       Date

☒ Owner ☐ Buyer
Name: *Merrie Pisano Wycoff*

*[Signature: Mrn P Wyy]*   8/10/2017
Signature                  Date

Brokerage Firm's Name:   *Coldwell Banker Res-CanyonBlvd*

Broker's Name:   *Karen Bernardi*

*[Signature: Karen Bernardi]*   8/8/2017
Broker's Signature              Date

41

EXHIBIT F

BERNARDI WYCOFF 000012