# Olguin, Catherine M.

**Subject:** FW: real estate agent

---

**From:** Clark G. Edwards [mailto:Edwards@hbcboulder.com]
**Sent:** Thursday, April 26, 2018 11:50 AM
**To:** Merrie P Wycoff
**Cc:** Abelman, Steven E.; Cudney, Kevin A.
**Subject:** FW: 9417 Foothills - Notice of Termination

Merrie:

Steve asked me to get some candid feedback from Becky about any reasons for the termination by Tim.

Below is Becky's response.

Regards,

CLARK G. EDWARDS, Attorney at Law
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street | Suite 200 | Boulder, CO 80302
tel 303.442.6514 | fax 303.442.6593
edwards@hbcboulder.com | http://www.hbcboulder.com

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Becky Hall [mailto:Becky@packarddierking.com]
**Sent:** Thursday, April 26, 2018 11:47 AM
**To:** Clark G. Edwards <Edwards@hbcboulder.com>
**Subject:** RE: 9417 Foothills - Notice of Termination

Clark,

I don't have any specific information, but my sense is that there were more repairs needed than expected.

Thanks again for your assistance in providing the signed receipt from Merrie.

Becky

<image001.png>

Becky@PackardDierking.com | Website | vCard

**Rebecca Hall**
Attorney
2595 Canyon Blvd., Suite 200, Boulder, CO 80302
Phone: 303.447.0450  Fax: 303.447.0451

1

EXHIBIT H

NOTICE: This message and its attachments are confidential and may contain legally privileged information. Any unauthorized use or dissemination is prohibited. Please notify the sender if you have received this message in error.

**From:** Clark G. Edwards <Edwards@hbcboulder.com>
**Sent:** Thursday, April 26, 2018 11:02 AM
**To:** Becky Hall <Becky@packarddierking.com>
**Subject:** RE: 9417 Foothills - Notice of Termination

Becky:

I'm sorry this didn't work out.

Merrie, of course, is going to begin efforts to market the property. If Tim's decision not to purchase the property was motivated by the property itself (as opposed to matters personal to Tim), could you please pass any important information on to me so that we can account for that in our new marketing efforts?

Regards,

CLARK G. EDWARDS, Attorney at Law
HUTCHINSON BLACK AND COOK, LLC
921 Walnut Street | Suite 200 | Boulder, CO 80302
tel 303.442.6514 | fax 303.442.6593
edwards@hbcboulder.com | http://www.hbcboulder.com

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail.

**From:** Becky Hall [mailto:Becky@packarddierking.com]
**Sent:** Thursday, April 26, 2018 10:25 AM
**To:** Clark G. Edwards <Edwards@hbcboulder.com>
**Cc:** Mara Yehl <mara@coloradolandmark.com>
**Subject:** 9417 Foothills - Notice of Termination
**Importance:** High

Clark,

I just received the attached notice from my client. Thank you for all of your work on this project.

I would greatly appreciate your assistance with returning a copy of the termination notice signed by Seller for our records and delivery to Land Title.

Becky

<image003.png>

Becky@PackardDierking.com | Website | vCard

**Rebecca Hall**
Attorney
2595 Canyon Blvd., Suite 200, Boulder, CO 80302
Phone: 303.447.0450  Fax: 303.447.0451

NOTICE: This message and its attachments are confidential and may contain legally privileged information. Any unauthorized use or dissemination is prohibited. Please notify the sender if you have received this message in error.

2

EXHIBIT H

WYCOFF 002313

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.