

**LAND TITLE GUARANTEE COMPANY**
390 EMPIRE ROAD SUITE 103
LAFAYETTE, CO 80026
Phone: (720) 709-7108
Fax: (303) 393-4745

**"PURCHASERS"**
**STATEMENT OF SETTLEMENT**

PROPERTY ADDRESS:   9417 and 9421 NORTH FOOTHILLS HIGHWAY, LONGMONT, CO 80503

SELLER(S):   WYCOFF FINANCIAL, LLC

BUYER(S):   MAGNUS VERITAS, LLC

SETTLEMENT DATE: August 21, 2018                    DATE OF PRORATION: August 21, 2018

| DESCRIPTION | DEBIT | CREDIT |
|---|---|---|
| **Sales Price & Earnest Money** | | |
| Sales Price | 2,500,000.00 | |
| **Title Fees - Land Title Guarantee Company** | | |
| Tax Certificate | 26.00 | |
| Tax Certificate | 26.00 | |
| **Closing Fees - Land Title Guarantee Company** | | |
| Closing Fee | 275.00 | |
| **Recording Fees - Land Title Guarantee Company** | | |
| Record Warranty Deed | 18.00 | |
| Statement of Authority | 18.00 | |
| Documentary Fee | 250.00 | |
| **Real Estate Tax - BOULDER COUNTY TREASURER** | | |
| Current Year Property Taxes R0068290 01/01/2018 to 08/21/2018 @ $0.0076/day | | 1.76 |
| **Real Estate Tax - BOULDER COUNTY TREASURER** | | |
| Current Year Property Taxes R0054655 01/01/2018 to 08/21/2018 @ $16.9002/day | | 3,920.85 |
| **Miscellaneous Charges** | | |
| CREDIT TO BUYER FOR SEPTIC SYSTEM REPAIR | | 28,920.00 |
| **SubTotals** | 2,500,613.00 | 32,842.61 |
| Due from Buyer/Borrower | | 2,467,770.39 |
| **Totals** | 2,500,613.00 | 2,500,613.00 |

The above figures do not include sales or use taxes on property

APPROVED AND ACCEPTED

PURCHASER(S)

MAGNUS VERITAS, LLC A COLORADO LIMITED
LIABILITY COMPANY

_/s/ Azuraye Wycoff_
AZURAYE WYCOFF MANAGER

LAND TITLE CLOSING AGENT:

_Angie Mansfield_
Angie Mansfield

Form 624   closing/statements/buyer_statement.html   70592532   (405974)

EXHIBIT I

WYCOFF000067



**LAND TITLE GUARANTEE COMPANY**
390 EMPIRE ROAD SUITE 103
LAFAYETTE, CO 80026
Phone: (720) 709-7108
Fax: (303) 393-4745

**"SELLERS"**
**STATEMENT OF SETTLEMENT**

PROPERTY ADDRESS:   9417 and 9421 NORTH FOOTHILLS HIGHWAY, LONGMONT, CO 80503

SELLER(S):   WYCOFF FINANCIAL, LLC

BUYER(S):   MAGNUS VERITAS, LLC

SETTLEMENT DATE:   August 21, 2018          DATE OF PRORATION:   August 21, 2018

| DESCRIPTION | DEBIT | CREDIT |
|---|---|---|
| **Sales Price & Earnest Money** | | |
| Sales Price | | 2,500,000.00 |
| **Title Fees - Land Title Guarantee Company** | | |
| Title Insurance Owner's Extended Coverage | 5,147.00 | |
| **Closing Fees - Land Title Guarantee Company** | | |
| Closing Fee | 275.00 | |
| **Recording Fees - Land Title Guarantee Company** | | |
| WATER RIGHTS QUIT CLAIM DEED | 23.00 | |
| Statement of Authority | 13.00 | |
| RELEASE OF DEED OF TRUST | 28.00 | |
| TERMINATION OF UCC FINANCING (4) | 72.00 | |
| MISC RECORDINGS | 46.00 | |
| **Water & Sewer Charges - LEFT HAND WATER DISTRICT** | | |
| Water/Sewer Escrow to Land Title Guarantee Company | 1,000.00 | |
| **Payoff - BC24 LLC** | | |
| Total Payoff Charges to BC24 LLC | 2,500,000.00 | |
| **Real Estate Tax - BOULDER COUNTY TREASURER** | | |
| Current Year Property Taxes R0068290 01/01/2018 to 08/21/2018 @ $0.0076/day | 1.76 | |
| **Real Estate Tax - BOULDER COUNTY TREASURER** | | |
| Current Year Property Taxes R0054655 01/01/2018 to 08/21/2018 @ $16.9002/day | 3,920.85 | |
| **Miscellaneous Charges** | | |
| CREDIT TO BUYER FOR SEPTIC SYSTEM REPAIR | 28,920.00 | |
| WATER STOCK TRANSFER FEE | 75.00 | |
| WATER STOCK TRANSFER FEE | 100.00 | |
| **SubTotals** | 2,539,621.61 | 2,500,000.00 |
| Due from Seller/Owner | | 39,621.61 |
| **Totals** | 2,539,621.61 | 2,539,621.61 |

The above figures do not include sales or use taxes on property

APPROVED AND ACCEPTED

**SELLER(S)**
WYCOFF FINANCIAL, LLC

*Merrie Pisano Wycoff* (signature)
MERRIE PISANO WYCOFF MANAGER

**LAND TITLE CLOSING AGENT:**

*Angie Mansfield* (signature)
Angie Mansfield

Form 625   closing/statements/seller_statement.html   70592532   (405974)

EXHIBIT I



WYCOFF000068