# FIDELITY NATIONAL TITLE COMPANY

4875 Pearl East Circle #300, Boulder, CO 80301

Phone: (303) 440-0511   Fax: (303) 633-7750

Sellers Settlement Statement

FINAL

Escrow No: F0614652 - 170 RR0   Close Date: 07/20/2018   Proration Date: 07/20/2018   Disbursement Date: 07/20/2018

Buyer(s)/Borrower(s): GCS452, LLC

Seller(s): Merrie P. Wycoff

Property: 3018 South Lakeridge Trail
Boulder, CO 80302

Brief Legal: LOT 5 BLK 1 LAKE OF THE PINES

| Description | | Debit | Credit |
|---|---|---|---|
| **TOTAL CONSIDERATION:** | | | |
| Total Consideration | | | 1,275,000.00 |
| **PAYOFFS:** | | | |
| Payoff to Wells Fargo | | 450,737.11 | |
|   Principal balance | 448,910.39 | | |
|   Interest | 1,798.72 | | |
|   recording Costs | 28.00 | | |
| Payoff to Wells Fargo | | 481,609.30 | |
|   Principal balance | 477,514.50 | | |
|   Interest | 4,066.80 | | |
|   lien release/recording cost | 28.00 | | |
| **ESCROW CHARGES** | | | |
| Escrow Fee to Fidelity National Title Company | | 160.00 | |
| **TITLE CHARGES:** | | | |
| Owners Policy $1,275,000.00 to Fidelity National Title Company | | 2,974.00 | |
| Extended Coverage to Fidelity National Title Company | | 75.00 | |
| **ADDITIONAL CHARGES:** | | | |
| 2017 Taxes paid in full to Boulder County Treasurer | (Seller POC 9,478.21) | | |
| Final Water Escrow to Lake of the Pines | | 600.00 | |
| HOA Transfer Fee to Lake of the Pines HOA | | 175.00 | |
| Payment to Hutchinson Black and Cook, LLC | | 7,713.40 | |
| **PRORATIONS AND ADJUSTMENTS:** | | | |
| County Taxes from 1/1/2018 to 7/20/2018 based on the Annual amount of $9,448.21 | | 5,177.10 | |
| 3rd QTR HOA from 7/20/2018 to 10/1/2018 based on the Quarterly amount of $350.00 | | | 277.72 |
| Sub Totals | | 949,220.91 | 1,275,277.72 |
| Proceeds Due Seller | | 326,056.81 | |
| Totals | | 1,275,277.72 | 1,275,277.72 |

APPROVED AND ACCEPTED

Sales or use taxes on personal property not included. Fidelity National Title Company assumes no responsibility for the adjustment of special taxes or assessments unless they are shown on the Treasurer's Certificate of Taxes Due. The condition of title to the property is to be determined by reference to the title evidence provided by Seller or by personal investigation. The above statement of settlement is approved as of the settlement date shown above and Escrow Holder is hereby authorized to disburse as Trustee funds as indicated.

Seller(s):

_/s/ Merrie P. Wycoff_
Merrie P. Wycoff

Closing Agent:

FIDELITY NATIONAL TITLE COMPANY

_/s/ Rebecca Ringman_
by Rebecca Ringman