## *ROBERT H. HENKE*
### *CERTIFIED PUBLIC ACCOUNTANT*

Jeffrey and Merrie Wycoff
Boulder, Colorado

Jeffrey and Merrie Wycoff are responsible for the accompanying statement of financial condition as of October 31, 2015, in accordance with accounting principles generally accepted in the United States of America. I have performed a compilation engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA. I did not audit or review the financial statement nor was I required to perform any procedures to verify the accuracy or completeness of the information provided by Jeffrey and Merrie Wycoff. Accordingly, I do not express an opinion, a conclusion, nor provide any form of assurance on this financial statement.

Jeffrey and Merrie Wycoff have elected to omit substantially all the disclosures required by accounting principles generally accepted in the United States of America. If the omitted disclosures were included in the statement of financial condition, they might influence the user's conclusions about the financial condition of Jeffrey and Merrie Wycoff. Accordingly, the financial statement is not designed for those who are not informed about such matters.

Robert H. Henke
Certified Public Accountant

November 3, 2015

*12341 NEWPORT AVENUE, SUITE C-201, SANTA ANA, CALIFORNIA 92705*
*(714) 368-1067 • FACSIMILE (714) 368-1072 • EMAIL - BOBHENKE@PACBELL.NET*

EXHIBIT V

**MIDLAB_000012**

## JEFFREY AND MERRIE WYCOFF
## STATEMENT OF FINANCIAL CONDITION
## OCTOBER 31, 2015

ASSETS -

| | |
|---|---:|
| CASH/CASH EQUIVALENTS | $ 904,000 |
| MARKETABLE SECURITIES | 2,000 |
| VESTED INTEREST IN DEFERRED PLANS | 11,000 |
| VEHICLES | 74,000 |
| PERSONALTY | 200,000 |
| RESIDENCE | 1,900,000 |
| REAL ESTATE - FARM | 4,750,000 |
| REAL ESTATE - ALASKA BARE LAND | 75,000 |
| INVESTMENTS - | |
|     SIRIUS PRODUCTS | 1,500,000 |
|     ZAP! PRODUCTS | 5,000,000 |
|     SIMPLICITY | 2,000,000 |
|     PARADIGM | 2,000,000 |
| | $ 18,416,000 |

LIABILITIES -

| | |
|---|---:|
| REVOLVING CREDIT | $ 49,000 |
| VEHICLES | 55,000 |
| MORTGAGE PAYABLE - RESIDENCE | 1,000,000 |
| MORTGAGE PAYABLE - FARM | 3,650,000 |
| | $ 4,754,000 |

ESTIMATED INCOME TAXES, on the differences between the estimated current values of assets and the estimated amounts of current liabilities and their tax bases     $ 2,080,000

NET WORTH     $ 11,582,000

SEE ACCOUNTANTS REPORT.
EXHIBITS

MIDLAB_000013