## AMENDMENT TO MANUFACTURING AND SUPPLY AGREEMENT

This Amendment to Manufacturing and Supply Agreement (the "Amendment") is entered into on the 1ST day of APRIL, 2016 (the "Effective Date") by and between ZAP! Products, Inc., with its principal place of business located at 9417 N. Foothills Highway, Longmont, CO 80503 ("Buyer"), and Midlab, Inc. with its principal place of business located at 140 Private Brand Way, Athens, TN 37303 ("Supplier") (either hereinafter referred to individually as a "Party and collectively as the "Parties)

WHEREAS, Buyer and Supplier entered into that certain Manufacturing and Supply Agreement dated September 16, 2015 (the "Agreement");

WHEREAS, Jeffrey Wycoff ("Guarantor") executed a Limited Continuing Guaranty dated November 11, 2015 whereby Guarantor guaranties certain obligations of the Agreement;

WHEREAS, Buyer and Supplier now desire to amend the terms of the Agreement more particularly set forth below, and Guarantor agrees to the terms of this Amendment:

1. <u>EXHIBIT A GENERAL TERMS AND CONDITIONS OF SALE</u> subsection (c) <u>Payment Terms</u> of the Agreement is hereby amended by adding the following:

"Buyer shall pay all sums due and owing within eighty-five (85) days from the Supplier's invoice date for invoices set forth in Exhibit A hereto (the "Deferred Payment Invoices"). In the event Buyer fails to pay the Deferred Payment Invoices when due, interest shall accrue on all such unpaid Deferred Payment Invoices at a rate of eighteen percent (18%) per annum until paid in full."

2. At any time prior to the payment in full of the Deferred Payment Invoices or within three (3) days after receiving payment in full of the Deferred Payment Invoices, Supplier shall have the option to convert the entire amount of any unpaid Deferred Payment Invoices, together with the interest thereon, into shares of the no par value Common Stock of Buyer (the "Conversion Shares") based on either (i) the price per share which results in an aggregate Buyer enterprise valuation of $20,000,000 based on the number of presently authorized, issued and outstanding shares, or (ii) the price per share equal to the valuation provided to the most recent equity investor in Buyer prior to the date of the exercise of the conversion option, whichever results in the most favorable price for Supplier, for an aggregate number of shares to be calculated by dividing the unpaid Deferred Payment Invoices by the price per share. Interest on the unpaid Deferred Payment Invoices shall continue to accrue until the option to convert is exercised by Supplier. Simultaneously with the exercise of the option to convert to Conversion Shares prior to the payment in full of the Deferred Payment Invoices, the amount of the Deferred Payment Invoices, and any interest thereon, shall be considered paid in full and shall no longer be a liability of Buyer. Simultaneously with the exercise of option to convert to Conversion Shares after payment in full of the Deferred Payment Invoices, Supplier shall refund the amount of such payment to Buyer.

3. Except as provided in this Amendment, all terms used in this Amendment that are not otherwise defined shall have the respective meanings ascribed to such terms in the Agreement.

4. This Amendment embodies the entire agreement between Buyer and Supplier with respect to the amendment of the Agreement. In the event of any conflict or inconsistency between the provisions of the Agreement and this Amendment, the provisions of this Amendment shall control and govern.

5. Except as specifically modified and amended herein, all of the terms, provisions, requirements and specifications contained in the Agreement remain in full force and effect. Except as otherwise expressly provide herein, the Parties do not intend to, and the execution of this Amendment shall not, in any manner impair the Agreement, the purpose of this Amendment being simply to amend and ratify the Agreement, as hereby amended and ratified, and to confirm and carry forward the Agreement, as hereby amended, in full force and effect.

6. Guarantor agrees to the terms of this Amendment and agrees that the Limited Continuing Guaranty shall include the obligations set forth herein.

IN WITNESS WHEREOF, and intending to be legally bound, the Parties have duly executed this Amendment by their authorized representatives as of the Effective Date.

| MIDLAB, INC. | ZAP! PRODUCTS, INC. |
|---|---|
| By: _____ | By: _[signature]_ |
| Print Name: _____ | Print Name: JEFFREY WYCOFF |
| Its: _____ | Its: PRESIDENT |
| Date: _____ | Date: 4-1-16 |

| GUARANTOR | GUARANTOR WITNESS |
|---|---|
| _[signature]_ | By: Valerie Hiduke |
| JEFFREY WYCOFF | Print Name: Valerie Hiduke |
| Date: 4-1-16 | Title: Controller |
| | Date: 4/1/16 |