## SECOND AMENDMENT TO MANUFACTURING AND SUPPLY AGREEMENT

This Second Amendment to Manufacturing and Supply Agreement (this "Second Amendment") is entered into on the 2nd day of September, 2016 (the "Effective Date") by and between ZAP! Products, Inc., with its principal place of business located at 9417 N. Foothills Highway, Longmont, CO 80503 ("Buyer"), and Midlab, Inc. with its principal place of business located at 140 Private Brand Way, Athens, TN 37303 ("Supplier") (hereinafter referred to collectively as "the Parties").

WHEREAS, Buyer and Supplier entered into that certain Manufacturing and Supply Agreement dated September 16, 2015 (the "Agreement");

WHEREAS, Buyer and Supplier entered into an Amendment to Manufacturing and Supply Agreement dated September 16th (the "Amendment");

WHEREAS, Buyer and Supplier now desire to further amend the terms of the Agreement more particularly set forth below:

1. In the event that Buyer fails to make payment for the Product to Supplier in accordance with Exhibit A of the Agreement, Supplier, with the written approval of Buyer (which shall not be unreasonably withheld, conditioned or delayed), can continue to manufacture the Product and sell the Product directly to other customers for its own account for the purpose of recovering amounts owed to Supplier by Buyer and to recoup damages as a result of any other breach of the Agreement by Buyer. Buyer agrees to make available to Supplier all of Buyer's existing distribution channels and supply chain networks and support, provided that Buyer makes no representation or warranty regarding any such distribution channels and supply chain networks and support and provides no assurance that sales of the Product will occur using such distribution channels and supply chain networks and support.

2. All capitalized terms used in this Second Amendment that are not otherwise defined in this Second Amendment shall have the respective meanings ascribed to such terms in the Agreement.

3. The Amendment and this Second Amendment embody the entire agreement between Buyer and Supplier with respect to the amendment of the Agreement. In the event of any conflict or inconsistency between the provisions of the Agreement and this Second Amendment, the provisions of this Second Amendment shall control and govern.

4. Except as specifically modified and amended herein and in the Amendment, all of the terms, provisions, requirements and specifications contained in the Agreement remain in full force and effect. Except as otherwise expressly provide herein, the Parties do not intend to, and the execution of this Second Amendment shall not, in any manner impair, the Agreement and the Amendment, the purpose of this Second Amendment being simply to further amend and

ratify the Agreement and the Amendment, and to confirm and carry forward the Agreement and the Amendment, as hereby amended, in full force and effect.

5.      Guarantor agrees to the terms of this Second Amendment and agrees that the Limited Continuing Guaranty shall include the obligations set forth herein, provided that the profits realized by Supplier from the sales of Product pursuant to paragraph 1 of this Second Amendment shall reduce on a dollar-for-dollar basis the liability of Guaranty under the Limited Continuing Guaranty.

IN WITNESS WHEREOF, and intending to be legally bound, the Parties have duly executed this Second Amendment by their authorized representatives as of the Effective Date.

SUPPLIER

MIDLAB, INC.

By: _Matthew J Dehank_

Its: _____President_____

BUYER

ZAP! PRODUCTS, INC.

By: _[signature]_

Its: _PRESIDENT_

GUARANTOR

_[signature]_
JEFFREY WYCOFF