# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03142-DDD-KLM

**MIDLAB, INC., a Tennessee Corporation,**

Plaintiff,

v.

**Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,**

Defendants.

---

### JOINT STIPULATED MOTION TO STAY BRIEFING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN LIGHT OF SETTLEMENT

---

Plaintiff, by and through its attorneys, and Defendants, by and through their attorneys, for their Joint Stipulated Motion to Stay Briefing of Defendants' Motion for Summary Judgment in light of Settlement ("Joint Stipulated Motion"), state as follows:

1. On November 9, 2021, the parties completed a mediation with the Honorable Ann Frick of the Judicial Arbiter Group, Inc.

2. The mediation resulted in a written and signed memorandum of settlement.

3. The parties expect that the settlement performance will occur by December 16, 2021, if not sooner.

4. As the parties draft and execute a more formal settlement agreement based on the memorandum of settlement and complete the terms thereof (following which the parties will seek dismissal of this case), the parties jointly stipulate to a stay of briefing of Defendants' Motion for Summary Judgment [#57] and request that the Court so order.

1

Dated: November 12, 2021

/s/ *Aaron D. Goldhamer*
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, Colorado 80203
303.534.0401
agoldhamer@keatingwagner.com
Counsel for Plaintiff


/s/ *Steven Abelman*
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
303.223.1100
sabelman@bhfs.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby affirm that on November 12, 2021, I electronically filed the foregoing, which caused a copy to be served to the following:

>Steven Abelman
>Brownstein Hyatt Farber Schreck, LLP
>410 17th Street, Suite 2200
>Denver, CO 80202
>sabelman@bhfs.com
>*Counsel for Defendants*

                                         /s/   *Aaron D. Goldhamer*
                                            Aaron D. Goldhamer