IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03142-DDD-KLM

**MIDLAB, INC., a Tennessee Corporation,**

Plaintiff,

v.

**Merrie Pisano Wycoff individually and as trustee of The Wycoff Family Trust; Wycoff Financial, LLC, a Colorado Limited Liability Company; Magnus Veritas LLC, a Colorado Limited Liability Company; and GCS452, LLC, a Colorado Limited Liability Company,**

Defendants.

---

## JOINT STIPULATED MOTION TO DISMISS
---

Plaintiff, by and through its attorneys, and Defendants, by and through their attorneys, for their Joint Stipulated Motion to Dismiss, state as follows:

1. The parties have fully settled and resolved all of Plaintiff's claims in this case.

2. Defendants have performed pursuant to the terms of the executed Settlement Agreement between the parties.

3. Plaintiff therefore moves to dismiss all its claims, with prejudice, against all Defendants.

WHEREFORE, the parties jointly stipulate to and request entry of an Order of Dismissal with Prejudice of this case in its entirety.

1

Dated: December 2, 2021

/s/ *Aaron D. Goldhamer*
Aaron D. Goldhamer
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, Colorado 80203
303.534.0401
agoldhamer@keatingwagner.com
Counsel for Plaintiff

/s/ *Steven Abelman*
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
303.223.1100
sabelman@bhfs.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby affirm that on December 2, 2021, I electronically filed the foregoing, which caused a copy to be served to the following:

Steven Abelman
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
sabelman@bhfs.com
*Counsel for Defendants*

                                             */s/     Aaron D. Goldhamer*
                                                     Aaron D. Goldhamer